J.C. Office Interiors
387 Crescent Drive
Franklin Lakes, NJ 07417

August 26, 2017

United States Bankruptcy Court
District of New Jersey
MLK Jr. Federal Building
50 Walnut Street
Newark, NJ 07102

Re:    Case No.: 16-30001 (JKS)

To Whom It May Concern:

Please accept this letter of objection to the sale of a 2013 Land Rover- Range Rover Wagon and 2014 Land Rover- Range Rover Wagon by the Trustee of Pro Construction Trades, Inc. d/b/a Premier Facility Services to Brian D. Troast for $500.00 each. Further, we wish to object to the sale of this property to any principal of Pro Construction Trades, Inc. d/b/a Premier Facility Services or any family member of any principal for an amount less than the Fair Market Value of such property.

Sincerely,

Mary E. Calvano