Law Office of Raquel Romero
Attorney id no.: 011421983
11 Sayre Street
Elizabeth, New Jersey 07207
Phone: (908) 820-9770
Fax: (908) 820-0052
E-mail: rromerolaw@gmail.com

Order Filed on July 19, 2018 by
Clerk U.S. Bankruptcy Court
District of New Jersey

In the Matter of

Pro Construction Trades, Inc. d/b/a
Premier Facility Services

Case no.: 16-30001-JKS

Chapter: 7 (converted - originally Chapter 11)

Hearing date: July 17, 2018

Honorable John K. Sherwood

ORDER GRANTING RELIEF FROM THE AUTOMATIC STAY

The relief set forth on the following page is ORDERED.

**DATED: July 19, 2018**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having reviewed the movant's Motion for Relief from the Automatic Stay, and any related responses or objections, it is hereby ORDERED that:

1. The automatic stay is lifted in the matter of 16-30001-JKS, Debtor Pro Construction Trades, Inc. d/b/a Premier Facility Services, with respect to the action in Superior Court entitled Matilda Rojas v. 175 Park Avenue, LLC; Realogy, Inc., et al., bearing docket number ESX-L-4347-15;

2. The lifting of the stay is hereby limited to the extent that there is insurance coverage for the claim.