**Order Filed on October 18, 2018
by Clerk U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br><br>**McELROY, DEUTSCH, MULVANEY, &<br>CARPENTER, LLP**<br>Michael G. Keating, Esq.<br>570 Broad Street, Suite 1500<br>Newark, New Jersey 07102<br>Telephone: (973) 622-7711<br>Facsimile: (973) 622-5314<br>E-Mail: mkeating@mdmc-law.com<br>*Counsel to the Chapter 7 Trustee, Eric R. Perkins* | |
| In re:<br><br>Pro Construction Trades, Inc. d/b/a Premier Facility Services,<br><br>                      Debtor. | Case No.: 16-30001 (JKS)<br><br>Chapter 7<br><br>Honorable John K. Sherwood, U.S.B.J.<br><br>Hearing: October 18, 2018 at 10:00 a.m. |

### ORDER ALLOWING FIRST INTERIM COMPENSATION FOR CHAPTER 7 SERVICES TO ATTORNEYS FOR CHAPTER 7 TRUSTEE

      The relief set forth on the following pages, numbered two (2) through two (2) is hereby **ORDERED**.

**DATED: October 18, 2018**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Debtor:** | **Pro Construction Trades, Inc. d/b/a Premier Facility Services** |
| **Case No.** | **16-30001 (JKS)** |
| **Caption Of Order:** | **First Interim Fee Application for Allowances By Attorneys for the Chapter 7 Trustee from May 4, 2017 through September 5, 2018** |

**THIS MATTER** having been presented to the Court upon the Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtor herein, for a first interim allowance of compensation for the period of time from May 4, 2017 through September 5, 2018, for Chapter 7 services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLC be, and is hereby, allowed the sum of $32,712.50 representing first interim compensation for professional fees and $2,434.39 representing first interim out-of-pocket disbursements, for a total of $35,146.89.