**Order Filed on October 18, 2018**
**by Clerk U.S. Bankruptcy Court**
**District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY

**McELROY, DEUTSCH, MULVANEY, &**
**CARPENTER, LLP**
Michael G. Keating, Esq.
570 Broad Street, Suite 1500
Newark, New Jersey 07102
Telephone:  (973) 622-7711
Facsimile:  (973) 622-5314
E-Mail:  mkeating@mdmc-law.com
*Counsel to the Chapter 7 Trustee, Eric R. Perkins*

| | |
|---|---|
| In re:<br><br>Pro Construction Trades, Inc. d/b/a Premier Facility Services,<br><br>          Debtor. | Case No.:  16-30001 (JKS)<br><br>Chapter 7<br><br>Honorable John K. Sherwood, U.S.B.J.<br><br>Hearing: October 18, 2018 at 10:00 a.m. |

**ORDER ALLOWING FIRST INTERIM COMPENSATION FOR CHAPTER 7**
**SERVICES TO ATTORNEYS FOR CHAPTER 7 TRUSTEE**

       The relief set forth on the following pages, numbered two (2) through two (2) is hereby
**ORDERED**.

**DATED: October 18, 2018**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:**                 **Pro Construction Trades, Inc. d/b/a Premier Facility Services**
**Case No.**                **16-30001 (JKS)**
**Caption Of Order:**       **First Interim Fee Application for Allowances By Attorneys for the Chapter**
                            **7 Trustee from May 4, 2017 through September 5, 2018**

**THIS MATTER** having been presented to the Court upon the Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtor herein, for a first interim allowance of compensation for the period of time from May 4, 2017 through September 5, 2018, for Chapter 7 services performed to the Chapter 7 Trustee, and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLC be, and is hereby, allowed the sum of $32,712.50 representing first interim compensation for professional fees and $2,434.39 representing first interim out-of-pocket disbursements, for a total of $35,146.89 .

2

United States Bankruptcy Court
District of New Jersey

In re:                                                                 Case No. 16-30001-JKS
Pro Construction Trades, Inc. d/b/a Prem                               Chapter 7
        Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 2              Date Rcvd: Oct 19, 2018
                             Form ID: pdf903           Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Oct 21, 2018.
db              #+Pro Construction Trades, Inc. d/b/a Premier Facili,    80 Route 4 East. Suite 380,
                  Paramus, NJ 07652-2654
aty              +Hook & Fatovich. LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.


**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner
shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social
Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required
by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Oct 21, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING


The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on October 19, 2018 at the address(es) listed below:
              Conrad K. Chiu   on behalf of Creditor    Delta Building Services Corporation
              cchiu@pryorcashman.com
              Daniel M. Eliades   on behalf of Creditor    Realogy Operations, LLC daniel.eliades@klgates.com
              Daniel M. Eliades   on behalf of Creditor    Wyndham Worldwide Operations, Inc.
              daniel.eliades@klgates.com
              David H. Pikus   on behalf of Defendant    Merrill Lynch Pierce Fenner & Smith, Inc.
              dpikus@bressler.com
              David S. Catuogno   on behalf of Creditor    Realogy Operations, LLC david.catuogno@klgates.com
              David S. Catuogno   on behalf of Creditor    Wyndham Worldwide Operations, Inc.
              david.catuogno@klgates.com
              Denise E. Carlon   on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
              bkgroup@kmllawgroup.com
              Eric R. Perkins   on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,   slahr@mdmc-law.com,
              nj42@ecfcbis.com,gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Eric R. Perkins    eperkins@mdmc-law.com,  slahr@mdmc-law.com,nj42@ecfcbis.com,
              gdelmonaco@mdmc-law.com;tcolombini@mdmc-law.com
              Ilissa  Churgin Hook   on behalf of Debtor    Pro Construction Trades, Inc. d/b/a Premier Facility
              Services ihook@hookandfatovich.com,  fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook   on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
              fyablonsky@hookandfatovich.com
              Joseph Michael Cerra   on behalf of Creditor    Wyndham Worldwide Operations, Inc.
              joseph.cerra@klgates.com
              Joseph Michael Cerra   on behalf of Creditor    Realogy Operations, LLC joseph.cerra@klgates.com
              Milica A. Fatovich   on behalf of Debtor    Pro Construction Trades, Inc. d/b/a Premier Facility
              Services mfatovich@hookandfatovich.com,  fyablonsky@hookandfatovich.com
              Mitchell  Hausman   on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Nikolas S Komyati   on behalf of Defendant    Merrill Lynch Pierce Fenner & Smith, Inc.
              nkomyati@bressler.com
              Philip William Allogramento   on behalf of Creditor    A-L Services, Inc.
              pallogramento@connellfoley.com
              Scott S. Rever   on behalf of Creditor    Interior Preservation, Inc. srever@wjslaw.com,
              srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea   on behalf of Plaintiff Eric  Perkins vshea@mdmc-law.com,
              tcolombini@mdmc-law.com;mtaranto@mdmc-law.com

District/off: 0312-2              User: admin                    Page 2 of 2                    Date Rcvd: Oct 19, 2018
                                 Form ID: pdf903                Total Noticed: 2

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system (continued)
          Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
            tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
          Virginia T. Shea    on behalf of Plaintiff    Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy
            Estate of Pro Construction Trades. d/b/a Premier Facility Services vshea@mdmc-law.com,
            tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
          Wendy G. Marcari    on behalf of Creditor    Mechanical Service Corporation wmarcari@ebglaw.com,
            nyma@ebglaw.com
                                                                                            TOTAL: 24