Form 137 – aplccmpn

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16–30001–JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Pro Construction Trades, Inc. d/b/a Premier           Suzanne C. Troast
Facility Services                                     15 Somerset Lane
80 Route 4 East. Suite 380                            Unit 319
Paramus, NJ 07652                                     Edgewater, NJ 07020

Social Security No.:

Employer's Tax I.D. No.:
  20–5093000

## NOTICE OF HEARING ON APPLICATION FOR COMPENSATION

NOTICE IS HEREBY GIVEN that there will be a hearing held before the honorable John K. Sherwood on:

Date:      1/17/19
Time:      10:00 AM
Location:  Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

for the purpose of acting on applications for compensation. Attendance by creditors is welcome, but not required.

The following applications for compensation have been filed:

APPLICANT(S)
Bederson LLP, Accountant

COMMISSION OR FEES
$70,415.75

EXPENSES
$829.66

Creditors may be heard before the applications are determined.

An appearance is not required on an application for compensation unless an objection is filed. Any objection must be filed with the court and served on interested parties not later than 7 days before the scheduled hearing.

Dated: December 14, 2018
JAN:

Jeanne Naughton
Clerk

United States Bankruptcy Court
District of New Jersey

In re:                                                                        Case No. 16-30001-JKS
Pro Construction Trades, Inc. d/b/a Prem                                      Chapter 7
Suzanne C. Troast
        Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-2          User: admin              Page 1 of 4           Date Rcvd: Dec 14, 2018
                              Form ID: 137             Total Noticed: 125

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Dec 16, 2018.
```
db            +Brian D. Troast,    15 Somerset Lane,    Unit 319,    Edgewater, NJ 07020-2416
db           #+Pro Construction Trades, Inc. d/b/a Premier Facili,    80 Route 4 East. Suite 380,
               Paramus, NJ 07652-2654
db            +Suzanne C. Troast,    15 Somerset Lane,    Unit 319,    Edgewater, NJ 07020-2416
aty           +Hook & Fatovich, LLC,    1044 Route 23 North,    Suite 204,    Wayne, NJ 07470-6685
aty          #+Mcelroy, Deutsch, Mulvaney & Carpenter LLP,    40 W. Ridgewood Avenue,
               Ridgewood, NJ 07450-3136
aty           +Raquel Romero,    11 Sayre Street,    PO Box 2205,    Elizabeth, NJ 07207-2205
acc           +Bederson LLP,    347 Mt. Pleasant Avenue,    West Orange, NJ 07052-2749
acc           +Ernest P. DeMarco,    533 Lafayette Ave.,    Hawthorne, NJ 07506-2424
516453950     +A-L Services, Inc.,    P.O. Box 6391,    Parsippany, NJ 07054-7391
516453951      Accounting Principals,    Dept. CH 14031,    Palentine, IL 60066
516489386     +Accounting Principals,    Attn: Steven Rebidas,    10151 Deerwood Park Blvd.,
               Jacksonville, FL 32256-0566
516453952     +Acme American Environmental Co., Inc.,    Attn: Jeff Schwartz,    177-10 93rd Avenue,
               Jamaica, NY 11433-1402
516453953     +Acme American Repairs, Inc.,    177-10 93rd Avenue,    Jamaica, NY 11433-1402
516453954      Albiero Energy,    Attn.: Anthony Nobile,    P.O. Box 645407,    Cincinnati, OH 45264-5407
516952644     +Albireo Energy,    3 Ethel Road,    Ste. 300,    Edison, NJ 08817-2855
516453955     +Allison Eden Studios,    164 Cook Street,    Brooklyn, NY 11206-3702
517078389      American Express Centurion Bank,    c/o Becket and Lee LLP,    PO Box 3001,
               Malvern  PA 19355-0701
517047616     +Andersen Interior Countracting, Inc.,    368 Passaic Avenue, PO Box 10362,
               Fairfield, New Jersey 07004-6362
516453956     +Associated Water Conditioners,    Attn.: Jim Meister,    23 Green lane,
               Succasunna, NJ 07876-1716
516453957     +Assured Environments,    45 Broadway 10th Floor,    New York, NY 10006-4002
516453958     +BOMI International,    Attn.: CPD Payment Center,    One Park Place,    Ste 475,
               Annapolis, MD 21401-3479
516453959     +Bougades Electric, Inc.,    P.O. Box 5296,    Parsippany, NJ 07054-6296
516453960     +Brick/Bright View Landscapes, LLC,    48 Intervale Road,    Boonton, NJ 07005-1056
517002632     +Brightview Landscapes, LLC,    Attn: Tomas Kuehn,    24151 Ventura Blvd.,
               Calabasas, CA 91302-1449
516453961      Brown & Bigelow,    P.O. Box 1450 NW 8554,    Minneapolis, MN 55485-8554
516561665     +Brown & Bigelow Inc.,    345 Plato Bl. E,    St. Paul, MN 55107-1269
516453962     +Central Jersey Waste,    432 Stokes Avenue,    Ewing, NJ 08638-3734
516453963      Chase Card Services,    P.O. Box 15123,    Wilmington, DE 19850-5123
516453971      CoStar Realty Information, Inc.,    P.O. Box 791123,    Baltimore, MD 21279-1123
516453964     +Commercial Air Systems, Inc.,    10 County Line Road,    Ste 17,    Branchburg, NJ 08876-6009
516453965      Commercial Kitchen Cleaning, Inc.,    P.O. Box 4301,    Wayne, NJ 07474-4301
516453967     +Cooper Electrical Supply Company,    444 Route 46,    Fairfield, NJ 07004-1906
516453968    #+Cooper Pest Control,    351 Lawrence Station Road,    Lawrenceville, NJ 08648-2695
516668537     +Cooperative Communications,    412-420 Washington Ave.,    PO Box 903,
               Belleville, NJ 07109-0903
516453969      Cooperative Communications,    Attn.: Accounts Receivable,    P.O. Box 903,
               Belleville, NJ 07109-0903
516453972     +Creative Glass,    8 Brook Rd,    Wyckoff, NJ 07481-2702
516453973     +Creative Glass & Metal Co., Inc.,    8 Brook Road,    Wyckoff, NJ 07481-2702
516453975     +Delta Building Services,    43 Chestnut Street,    P.O. Box 94,    Rutherford, NJ 07070-0094
516656488     +Delta Building Services Corp.,    43 Chestnut St.,    Rutherford, NJ 07070,
               Attn.: Zachary Levison Ph:(201)438-6542,    zlevison@deltabuildingservices.com 07070-1703
516453976      Delta Contracting Services,    12 Connerty Court,    Unit A,    East Brunswick, NJ 08816-1645
516453977     +Eastern Door Service,    P.O. Box 861,    Lansdale, PA 19446-0646
516487871     +Eastern Door Service,    PO Box 67,    Mt. Hope, Ohio 44660-0067
516453978     +Field & Higgins, PC,    77 Tamarack Circle,    Skillman, NJ 08558-2019
516453979     +Fire Protection Engineers,    100 Jackson Street,    Paterson, NJ 07501-2806
516453980     +Fire Protection Engineers d/b/a AFP,    253 Park Avenue,    Manalapan, NJ 07726-8397
516625534    ++GREATAMERICA FINANCIAL SERVICES CORPORATION,    PO BOX 609,    CEDAR RAPIDS IA 52406-0609
              (address filed with court: GreatAmerica Financial Services,    Attn: Peggy Upton,    PO Box 609,
               Cedar Rapids, IA 52406)
516453981      Global Industrial,    29833 Network Place,    Chicago, IL 60673-1298
516453983     +Graybar Electric Company,    800 Huyler Street,    Teterboro, NJ 07608-1158
516453984      Great American Financial Services,    P.O. Box 660831,    Dallas, TX 75266-0831
516453985    #+Gregg F. Paster & Associates,    18 Railroad Avenue-Suite 104,    Rochelle Park, NJ 07662-4105
516453988      HD Supply Facilities Maintenance,    P.O. Box 509058,    San Diego, CA 92150-9058
516453986     +Hanjin Shipping Container Company,    C/o Ilana Volkov, Esq.,    Cole Schotz P.C.,
               25 Main Street,,    Hackensack, NJ 07601-7189
516453987     +Haven Engineering, Inc.,    18 Okner Parkway,    Livingston, NJ 07039-1604
516453989     +In-Tech Services, LLC,    70 E. Palisades Ave,    Englewood, NJ 07631-3001
516453990     +Industrial Cooling Corp.,    70 Liberty Street,    Metuchen, NJ 08840-1237
516453991     +Infrared Services, Inc.,    150 River Road, Building L-4,    P.O. Box 485,
               Montville, NJ 07045-0485
516453992     +Interior Preservation, Inc.,    825 Windham Court North,    Wyckoff, NJ 07481-3473
```

```
District/off: 0312-2          User: admin              Page 2 of 4                  Date Rcvd: Dec 14, 2018
                              Form ID: 137             Total Noticed: 125


516453995       +JC Office Interiors, Inc.,    P.O. Box 552,     387 Cressent Dr,    Franklin Lakes, NJ 07417-1624
516659310        JPMorgan Chase Bank, N.A.,    National Bankruptcy Department,     P.O. BOX 901032,
                  Ft. Worth, TX 76101-2032
516453994       +Jantech Services, Inc.,    11315 Challenger Avenue,     Odessa, FL 33556-3540
517073003       +Kelly Mac Interiorscapes, Inc.,     Attn: Kevin Kelly,     6 Mill Street,
                  Pittstown, NJ 08867-5025
516453996       +Kelly Mac Interiorscapes, Inc.,     P.O. Box 482,    Pittstown, NJ 08867-0482
516454001       +LWC Services, Inc.,    2300 Maryland Road,     Willow Grove, PA 19090-1775
516453997        Landrover Financial Group,    P.O. Box 78074,     AZ 85052-8074
516453998       +Landscape Forms,    7800 E. Michigan Avenue,     Kalamazoo, MI 49048-9506
516453999       +Langan Engineering & Environmental Servs,     989 Lexox Dr,    Ste 124,
                  Lawrence Township, NJ 08648-2315
516454000       +Liberty Elevator Corporation,    63 East 24th Street,     Paterson, NJ 07514-2021
516454002        Marcus Business Machines,    1105A W. St Georges Ave,     Linden, NJ 07036-6115
516454003       +Marson Pools,    29 Edison Avenue,    Oakland, NJ 07436-1307
516454004       +Mechanical Service Corporation,     41 S. Jefferson Rd,    Whippany, NJ 07981-1034
516454006       +Millet Software,    5275 Rome Court,    Erie, PA 16509-3951
516454007       +Morristown Lumber,    103 Ridgedale Avenue,     P.O. Box 1115,   Morristown, NJ 07962-1115
516454008       +N.D. Sercurity Company, LLC,    134 East Shore Road,     Denville, NJ 07834-2042
516454009       +NJ Biz,    1500 Paxton St,   Harrisburg, PA 17104-2615
516454010       +NJ Manufacturers Insurance,    Workers Compensation,     P.O. Box 1228,    Trenton, NJ 08628-0277
516454011       +Norton Paint/CBJ Designs,    632 Route 17,     Paramus, NJ 07652-3101
516919827       +Nortons Paint/CBJ Designs,    Karen Lally,     632 State Rt. 17 N,    Paramus, NJ 07652-3101
516454012        Oxford Health Plans,    P.O. Box 1697,    Newark, NJ 07101-1697
516454014       +PTS Data Center Solutions,    16 Thornton Road,     Oakland, NJ 07436-3104
516454013       +Pro-Tec,    50 Williams Parkway,    Unit N,    East Hanover, NJ 07936-2101
516454015       +R&J Control Inc.,    58 Harding Avenue,    Dover, NJ 07801-4710
516643645     ++++REALOGY OPERATIONS, LLC,    DAVID S. CATUOGNO, LECLAIRRYAN,    1 RIVERFRONT PLZ STE 16,
                  NEWARK NJ   07102-5436
                 (address filed with court: Realogy Operations, LLC,    David S. Catuogno, LeClairRyan,
                  1037 Raymond Boulevard, 16th Floor,    Newark, NJ 07102)
516454016        Realogy Holding Corp.,    Attn.: Julie A. Appleton, Esquire,    175 Park Avenue,
                  Madison, NJ 07940-1123
516454017       +Roto-Rooter,    P.O. Box 324,    Chatham, NJ 07928-0324
516454018       +S/H Technical Services, Inc.,    P.O. Box 7820,    Edison, NJ 08818-7820
517022739      ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,     PO BOX 245,
                  TRENTON NJ 08646-0245
                 (address filed with court: State of New Jersey,    Department of Treasury,
                  Division of Taxation,    P.O. Box 245,    Trenton, NJ 08695-0245)
516454019       +Sandler Mechanical Services,    55 Columbia Raod,    Branchburg, NJ 08876-3518
516454020        Schindler Elevator,    P.O. Box 93050,    Chicago, IL 60673-3050
516601291       +Sewer Service Company,    d/b/a Roto-Rooter,     2 Littell Road,    East Hanover, NJ 07936-1002
516454021        Siemens Building Technologies, Inc.,     P.O. Box 2134,    Carol Stream, IL 60132-2134
516668540       +Siemens Industry Inc.,    Attn: Gretchen Schacht,     8 Fernwood Road,
                  Florham Park, NJ 07932-1906
516454023       +Spring Irrigation Co., Inc.,    P.O. Box 523,    Dayton, NJ 08810-0523
516454025       +Star-Lo Communications,    32 South Jefferson Road Unit B,     Whippany, NJ 07981-1001
516454026       +Star-Lo Electric, Inc.,    32 South Jefferson Road,     Whippany, NJ 07981-1001
516454027       +State of New Jersey Division of Taxation,     Division of Taxation - Bankruptcy Unit,
                  50 Barrack Street, CN-245,    Trenton, NJ 08646-0001
516677488       +The Brickman Group now known as,    Brightview Landscapes, LLC,    Thomas A. Kuehn,
                  24151 Ventura Blvd.,    Calabasas, CA 91302-1449
516454029      #+The Training Center,    P.O. Box 966,    Wrightstown, NJ 08562-0966
516454030       +Tomco Construction,    22 Howard Blvd., Ste 204,    Mount Arlington, NJ 07856-1532
516454032       +True Value Hardware,    320 Route 46,    Denville, NJ 07834-2837
516485117      ++US BANK,    PO BOX 5229,    CINCINNATI OH 45201-5229
                 (address filed with court: U.S. BANK NATIONAL ASSOCIATION,     BANKRUPTCY DEPARTMENT,
                  P.O. BOX 5229,    CINCINNATI, OH 45201-5229)
516454033        US Bank Corp.,    New Jersey - Indirect Lending,    P.O. Box 790179,    Saint Louis, MO 63179-0179
516488359       +UnitedHealthcare-Oxford,    185 Asylum Street-03B,    Hartford, CT 06103-3408
516454034       +Valcourt Building Services,    8260 Greensboro Dr,    Ste 425,   Mc Lean, VA 22102-3850
516454035       +Vision Electrical Contractors,    6-B Main Street,    Madison, NJ 07940-1883
516454038        WB Mason,    PO Box 981101,    Boston, MA 02298-1101
517348505       +WB Nasib Co., Inc.,    59 Centre Street,    Brockton, MA 02301-4014
516454039        WM Lamp Tracker, Inc.,    P.O. Box 932962,    Atlanta, GA 31193-2962
516605233     ++++WYNDHAM WORLDWIDE OPERATIONS, INC.,    C/O LECLAIRRYAN, ATTN: DAVID CATUOGNO,
                  1 RIVERFRONT PLZ STE 16,    NEWARK NJ   07102-5436
                 (address filed with court: Wyndham Worldwide Operations, Inc.,
                  c/o LeClairRyan, Attn: David Catuogno,    1037 Raymond Boulevard, 16th Floor,
                  Newark, New Jersey 07102)
516454036        Waste Management of New Jersey,    P.O. Box 13648,    Philadelphia, PA 19101-3648
516454037       +Wattel & Daub,    7 Waverly Place,    Fl 2,   Madison, NJ 07940-1927
516454041       +Ziegler & Sons Window Treatments, Inc.,     58 Overlook Ave,    Ridgefield Park, NJ 07660-1809

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
 smg            E-mail/Text: usanj.njbankr@usdoj.gov Dec 15 2018 00:00:28     U.S. Attorney,    970 Broad St.,
                  Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
 smg           +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:25     United States Trustee,
                  Office of the United States Trustee,     1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                  Newark, NJ 07102-5235
```

```
District/off: 0312-2           User: admin              Page 3 of 4                Date Rcvd: Dec 14, 2018
                               Form ID: 137             Total Noticed: 125
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center (continued)

```
516453966     +E-mail/Text: sserota@ctsaudits.com Dec 15 2018 00:01:21      Commercial Tenant Services,
               228 East 45th Street, 9th Floor,   New York, NY 10017-3337
516453970     +E-mail/Text: tracy.abbott@cornerstoneeg.com Dec 15 2018 00:01:32      Cornerstone Environmental,
               100 Crystal Run Rd,   Ste 101,   Middletown, NY 10941-4042
516512213     +E-mail/Text: cio.bncmail@irs.gov Dec 14 2018 23:59:54      Department of Treasury,
               Internal Revenue Service,   P O Box 7346,   Philadelphia, PA 19101-7346
516453982      E-mail/Text: scd_bankruptcynotices@grainger.com Dec 15 2018 00:00:25      Grainger,
               Dept. 866592629,   Palatine, IL 60038-0001
516454005      E-mail/Text: litigationintake@metlife.com Dec 15 2018 00:01:13      MetLife,   Group Benefits,
               P.O. Box 804466,   Kansas City, MO 64180-4466
516939742     +E-mail/Text: litigationintake@metlife.com Dec 15 2018 00:01:13
               Metropolitan Life Insurance Co,   200 Park Ave,   New York NY 10166-0188
516454024      E-mail/Text: appebnmailbox@sprint.com Dec 15 2018 00:00:22      Sprint,   P.O. Box 4181,
               Carol Stream, IL 60197-4181
516454031      E-mail/Text: ardocs@tridim.com Dec 15 2018 00:00:38      TRI-DIM Filter Corp.,   P.O. Box 822001,
               Philadelphia, PA 19182-2001
516939278     +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Dec 15 2018 00:00:25      United States Trustee,
               One Newark Center,   Suite 2100,   Newark, NJ 07102-5235
516511704     +E-mail/Text: scd_bankruptcynotices@grainger.com Dec 15 2018 00:00:25      W.W. Grainger,
               7300 North Melvina Ave MWX 22866592629,   Niles IL 60714-3906
516647139     +E-mail/Text: rmcbknotices@wm.com Dec 15 2018 00:01:08      Waste Management,
               Bankruptcy Department,   2625 W. Grandview Rd.,   Ste. 150,   Phoenix, AZ 85023-3109
516454040     +E-mail/Text: bankruptcydept@wyn.com Dec 15 2018 00:00:54      Wyndham Worldwide Operations, Inc.,
               22 Sylvan Way,   Parsippany, NJ 07054-3801
                                                                                              TOTAL: 14

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
cr              JC Office Interiors
aty*           +Hook & Fatovich. LLC,   1044 Route 23 North,   Suite 204,   Wayne, NJ 07470-6685
517078497*      American Express Centurion Bank,   c/o Becket and Lee LLP,   PO Box 3001,
                 Malvern  PA 19355-0701
516453993*      Internal Revenue Service,   Centralized Insolvency Operation,   2970 Market Street,
                 PO Box 7346,   Philadelphia, PA 19101-7346
516453974    ##+D.S. Meyer Enterprises, LLC,   63 Longview Drive,   Waldwick, NJ 07463-1118
516454022    ##+Specialized Glass Co.,   232 E. McFarian St,   Dover, NJ 07801-3500
516454028    ##The Leon's Cleaning and Services, Inc.,   16 Elmwood Dr,   Clifton, NJ 07013-1242
                                                                                 TOTALS: 1, * 3, ## 3
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '++++' were corrected as required by the USPS Locatable Address Conversion System (LACS).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable.  Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed.  The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 16, 2018                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
District/off: 0312-2          User: admin              Page 4 of 4                Date Rcvd: Dec 14, 2018
                              Form ID: 137             Total Noticed: 125
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on December 14, 2018 at the address(es) listed below:

              Anthony  Sodono, III    on behalf of Mediator Anthony  Sodono asodono@msbnj.com
              Christopher  Lynch    on behalf of Defendant    Chase Card Services,Inc. clynch@reedsmith.com
              Conrad K. Chiu    on behalf of Creditor    Delta Building Services Corporation
               cchiu@pryorcashman.com
              Daniel M. Eliades    on behalf of Creditor    Wyndham Worldwide Operations, Inc.
               daniel.eliades@klgates.com
              Daniel M. Eliades    on behalf of Creditor    Realogy Operations, LLC daniel.eliades@klgates.com
              David H. Pikus    on behalf of Defendant    Merrill Lynch Pierce Fenner & Smith, Inc.
               dpikus@bressler.com
              David S. Catuogno    on behalf of Creditor    Wyndham Worldwide Operations, Inc.
               david.catuogno@klgates.com
              David S. Catuogno    on behalf of Creditor    Realogy Operations, LLC david.catuogno@klgates.com
              Denise E. Carlon    on behalf of Creditor     JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Eric R. Perkins    eperkins@mdmc-law.com, nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@mdmc-law.com,
               nj42@ecfcbis.com;tcolombini@mdmc-law.com
              Gregg F. Paster    on behalf of Debtor Suzanne C. Troast gpaster@pasteresq.com
              Gregg F. Paster    on behalf of Defendant Suzanne C. Troast gpaster@pasteresq.com
              Gregg F. Paster    on behalf of Debtor Brian D. Troast gpaster@pasteresq.com
              Gregg F. Paster    on behalf of Defendant Brian D. Troast gpaster@pasteresq.com
              Ilissa  Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
               fyablonsky@hookandfatovich.com
              Ilissa  Churgin Hook    on behalf of Debtor    Pro Construction Trades, Inc. d/b/a Premier Facility
               Services ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com
              Joseph Michael Cerra    on behalf of Creditor    Realogy Operations, LLC joseph.cerra@klgates.com
              Joseph Michael Cerra    on behalf of Creditor    Wyndham Worldwide Operations, Inc.
               joseph.cerra@klgates.com
              Milica A. Fatovich    on behalf of Debtor    Pro Construction Trades, Inc. d/b/a Premier Facility
               Services mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com
              Mitchell  Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
              Nikolas S Komyati    on behalf of Defendant    Merrill Lynch Pierce Fenner & Smith, Inc.
               nkomyati@bressler.com
              Philip William Allogramento    on behalf of Creditor    A-L Services, Inc.
               pallogramento@connellfoley.com
              Richard  Honig    on behalf of Mediator Richard  Honig rbhonig@hlgslaw.com
              Scott S. Rever    on behalf of Creditor    Interior Preservation, Inc. srever@wjslaw.com,
               srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
              United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
              Virginia T. Shea    on behalf of Plaintiff Eric  Perkins vshea@mdmc-law.com,
               tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
              Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
               tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
              Virginia T. Shea    on behalf of Plaintiff    Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy
               Estate of Pro Construction Trades. d/b/a Premier Facility Services vshea@mdmc-law.com,
               tcolombini@mdmc-law.com;mtaranto@mdmc-law.com
              Wendy G. Marcari    on behalf of Creditor    Mechanical Service Corporation wmarcari@ebglaw.com,
               nyma@ebglaw.com
                                                                                               TOTAL: 31