UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

In Re:

PRO CONSTRUCTION TRADES, INC.
d/b/a PREMIER FACILITY SERVICES
DEBTOR

Order Filed on January 17, 2019
by Clerk U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-30001 (JKS)

Hearing Date:

Judge: John K. Sherwood

Chapter 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: January 17, 2019**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $70,415.75 | $829.66 |