**Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-1

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
Virginia T. Shea, Esq.
1300 Mount Kemble Avenue
Morristown, NJ 07962-2075
(973) 993-8100
Email: vshea@mdmc-law.com
*Attorneys for the Chapter 7 Trustee, Eric R. Perkins*

In re:

PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services.,

           Debtor.

Chapter 7
Case No. 16-30001 (JKS)
Honorable John K. Sherwood, U.S.B.J.

Hearing Date: June 2, 2020

## ORDER EXPUNGING CLAIM NO. 8 FILED BY W.W. GRAINGER

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 4, 2020**

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:**             Pro Construction Trades, Inc. d/b/a Premier Facility Services
**Case No.:**           16-30001 (JKS)
**Caption of Order:**   Order Expunging Claim No. 8 filed by W.W. Grainger

**THIS MATTER** having been presented to the Court by way of Motion filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the above-captioned Debtor; and the Court having considered the Certification of Virginia T. Shea, submitted in support of the Motion; and it appearing that notice of the making of said Motion was given to the United States Trustee, Ilissa Churgin Hook, Esq. and Milica A. Fatovich, Esq., counsel for the Debtor, and W.W. Grainger, and that said notice is both good and sufficient; and for good cause shown; **IT IS HEREBY**

**ORDERED** that the following claim should be and hereby is expunged:

Proof of Claim No. 8 filed by W.W. Grainger in the amount of $1,075.87; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7) days from the date hereof.