**Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
**Caption in compliance with D.N.J. LBR 9004-1**

**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP**
Virginia T. Shea, Esq.
1300 Mount Kemble Avenue
Morristown, NJ 07962-2075
(973) 993-8100
Email: vshea@mdmc-law.com
*Attorneys for the Chapter 7 Trustee, Eric R. Perkins*

In re:

PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services.,

　　　　　　　Debtor.

Chapter 7
Case No. 16-30001 (JKS)
Honorable John K. Sherwood, U.S.B.J.

Hearing Date: June 2, 2020

**ORDER EXPUNGING CLAIM NO. 26 FILED BY THE BRICKMAN
GROUP NOW KNOWN AS BRIGHTVIEW LANDSCAPES, LLC**

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 4, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Debtor:              **Pro Construction Trades, Inc. d/b/a Premier Facility Services**
Case No.:            **16-30001 (JKS)**
Caption of Order:    **Order Expunging Claim No. 26 filed by The Brickman Group now know as**
                     **BrightView Landscapes, LLC**

**THIS MATTER** having been presented to the Court by way of Motion filed by McElroy,

Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the

above-captioned Debtor; and the Court having considered the Certification of Virginia T. Shea,

submitted in support of the Motion; and it appearing that notice of the making of said Motion was

given to the United States Trustee, Ilissa Churgin Hook, Esq. and Milica A. Fatovich, Esq., counsel

for the Debtor, and The Brickman Group now known as BrightView Landscapers, LLC, , and that

said notice is both good and sufficient; and for good cause shown; **IT IS HEREBY**

**ORDERED** that the following claim should be and hereby is expunged:

Proof of Claim No. 26 filed by The Brickman Group now known as BrightView Landscapes, LLC

in the amount of $72,987.80; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7)

days from the date hereof.