**Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT <br> FOR THE DISTRICT OF NEW JERSEY <br> Caption in compliance with D.N.J. LBR 9004-1 <br><br> **McElroy, Deutsch, Mulvaney & Carpenter, llp** <br> Virginia T. Shea, Esq. <br> 1300 Mount Kemble Avenue <br> Morristown, NJ 07962-2075 <br> (973) 993-8100 <br> Email: vshea@mdmc-law.com <br> *Attorneys for the Chapter 7 Trustee, Eric R. Perkins* |
| In re: <br><br> PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services., <br><br>                    Debtor. |

Chapter 7

Case No. 16-30001 (JKS)

Honorable John K. Sherwood, U.S.B.J.

Hearing Date: June 2, 2020

### ORDER RECLASSIFYING CLAIM NO. 35 FILED BY <u>METROPOLITAN LIFE INSURANCE COMPANY</u>

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 4, 2020**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:**          Pro Construction Trades, Inc. d/b/a Premier Facility Services
**Case No.:**        16-30001 (JKS)
**Caption of Order:** Order Reclassifying Claim No. 35 filed by Metropolitan Life Insurance Company

**THIS MATTER** having been presented to the Court by way of Motion filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the above-captioned Debtor; and the Court having considered the Certification of Virginia T. Shea, submitted in support of the Motion; and it appearing that notice of the making of said Motion was given to the United States Trustee, Ilissa Churgin Hook, Esq. and Milica A. Fatovich, Esq., counsel for the Debtor, and Metropolitan Life Insurance Company, and that said notice is both good and sufficient; and for good cause shown; **IT IS HEREBY**

**ORDERED** that Proof of Claim No. 35 filed by Metropolitan Life Insurance Company in the amount of $1,524.35 is hereby reclassified as a chapter 11 administrative expense under sections 503(b)(1) and 507(b)(2); and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7) days from the date hereof.