Order Filed on June 4, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

---

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY
Caption in compliance with D.N.J. LBR 9004-1

**McElroy, Deutsch, Mulvaney & Carpenter, LLP**
Virginia T. Shea, Esq.
1300 Mount Kemble Avenue
Morristown, NJ 07962-2075
(973) 993-8100
Email: vshea@mdmc-law.com
*Attorneys for the Chapter 7 Trustee, Eric R. Perkins*

In re:

PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services.,

                 Debtor.

Chapter 7
Case No. 16-30001 (JKS)
Honorable John K. Sherwood, U.S.B.J.

Hearing Date: June 2, 2020

### ORDER EXPUNGING CLAIM NO. 8 FILED BY W.W. GRAINGER

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: June 4, 2020**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:** Pro Construction Trades, Inc. d/b/a Premier Facility Services
**Case No.:** 16-30001 (JKS)
**Caption of Order:** Order Expunging Claim No. 8 filed by W.W. Grainger

**THIS MATTER** having been presented to the Court by way of Motion filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the above-captioned Debtor; and the Court having considered the Certification of Virginia T. Shea, submitted in support of the Motion; and it appearing that notice of the making of said Motion was given to the United States Trustee, Ilissa Churgin Hook, Esq. and Milica A. Fatovich, Esq., counsel for the Debtor, and W.W. Grainger, and that said notice is both good and sufficient; and for good cause shown; **IT IS HEREBY**

**ORDERED** that the following claim should be and hereby is expunged:

Proof of Claim No. 8 filed by W.W. Grainger in the amount of $1,075.87; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7) days from the date hereof.

United States Bankruptcy Court
District of New Jersey

In re:
Pro Construction Trades, Inc. d/b/a Prem
    Debtor

Case No. 16-30001-JKS
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0312-2        User: admin                Page 1 of 2                  Date Rcvd: Jun 05, 2020
                            Form ID: pdf903            Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jun 07, 2020.
db             #+Pro Construction Trades, Inc. d/b/a Premier Facili,   80 Route 4 East. Suite 380,
                 Paramus, NJ 07652-2654
aty            #+Hook & Fatovich. LLC,   1044 Route 23 North,   Suite 204,   Wayne, NJ 07470-6685

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                               TOTAL: 0

        ***** BYPASSED RECIPIENTS *****
NONE.                                                                                               TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jun 07, 2020                              Signature:  /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on June 5, 2020 at the address(es) listed below:

    Anthony Sodono, III    on behalf of Mediator Anthony Sodono asodono@msbnj.com
    Christopher Lynch    on behalf of Defendant    Chase Card Services,Inc. clynch@reedsmith.com
    Conrad K. Chiu    on behalf of Creditor    Delta Building Services Corporation
     cchiu@pryorcashman.com
    Daniel M. Eliades    on behalf of Creditor    Realogy Operations, LLC daniel.eliades@klgates.com
    Daniel M. Eliades    on behalf of Creditor    Wyndham Worldwide Operations, Inc.
     daniel.eliades@klgates.com
    David H. Pikus    on behalf of Defendant    Merrill Lynch Pierce Fenner & Smith, Inc.
     dpikus@bressler.com
    David S. Catuogno    on behalf of Creditor    Wyndham Worldwide Operations, Inc.
     david.catuogno@klgates.com
    David S. Catuogno    on behalf of Creditor    Realogy Operations, LLC david.catuogno@klgates.com
    Denise E. Carlon    on behalf of Creditor    JPMORGAN CHASE BANK, N.A. dcarlon@kmllawgroup.com,
     bkgroup@kmllawgroup.com
    Eric R. Perkins    eperkins@mdmc-law.com,
     nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
    Eric Raymond Perkins    on behalf of Trustee Eric R. Perkins eperkins@becker.legal,
     nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal;lrodriguez@becker.legal
    Gregg F. Paster    on behalf of Interested Party Brian D. Troast gpaster@pasteresq.com
    Gregg F. Paster    on behalf of Interested Party Suzanne C. Troast gpaster@pasteresq.com
    Gregg F. Paster    on behalf of Defendant Brian D. Troast gpaster@pasteresq.com
    Gregg F. Paster    on behalf of Defendant Suzanne C. Troast gpaster@pasteresq.com
    Ilissa Churgin Hook    on behalf of Debtor    Pro Construction Trades, Inc. d/b/a Premier Facility
     Services ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com
    Ilissa Churgin Hook    on behalf of Attorney    Hook & Fatovich, LLC ihook@hookandfatovich.com,
     fyablonsky@hookandfatovich.com
    Joseph Michael Cerra    on behalf of Creditor    Wyndham Worldwide Operations, Inc.
     joseph.cerra@klgates.com
    Joseph Michael Cerra    on behalf of Creditor    Realogy Operations, LLC joseph.cerra@klgates.com
    Milica A. Fatovich    on behalf of Debtor    Pro Construction Trades, Inc. d/b/a Premier Facility
     Services mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com
    Mitchell Hausman    on behalf of U.S. Trustee    U.S. Trustee Mitchell.B.Hausman@usdoj.gov
    Nikolas S Komyati    on behalf of Defendant    Merrill Lynch Pierce Fenner & Smith, Inc.
     nkomyati@bressler.com
    Philip William Allogramento    on behalf of Creditor    A-L Services, Inc.
     pallogramento@connellfoley.com

```
District/off: 0312-2               User: admin                   Page 2 of 2                    Date Rcvd: Jun 05, 2020
                                   Form ID: pdf903               Total Noticed: 2
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system (continued)
        Richard  Honig    on behalf of Mediator Richard  Honig rbhonig@hlgslaw.com
        Scott S. Rever    on behalf of Creditor   Interior Preservation, Inc. srever@wjslaw.com,
         srever@ecf.inforuptcy.com;dmendez@wjslaw.com;dmendez@ecf.inforuptcy.com
        U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
        United States Trustee    USTPRegion03.NE.ECF@usdoj.gov
        Virginia T. Shea    on behalf of Plaintiff Eric  Perkins vshea@mdmc-law.com,
         mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
        Virginia T. Shea    on behalf of Trustee Eric R. Perkins vshea@mdmc-law.com,
         mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
        Virginia T. Shea    on behalf of Plaintiff   Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy
         Estate of Pro Construction Trades. d/b/a Premier Facility Services vshea@mdmc-law.com,
         mtaranto@mdmc-law.com;kpatterson@mdmc-law.com;gbressler@mdmc-law.com;lmodugno@mdmc-law.com
        Wendy G. Marcari    on behalf of Creditor   Mechanical Service Corporation wmarcari@ebglaw.com,
         nyma@ebglaw.com
                                                                                                                       TOTAL: 31