

**Order Filed on July 10, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| |
|---|
| UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY **Caption in compliance with D.N.J. LBR 9004-1** <br><br>**MCELROY, DEUTSCH, MULVANEY & CARPENTER, LLP** <br>Virginia T. Shea, Esq. <br>1300 Mount Kemble Avenue <br>Morristown, NJ 07962-2075 <br>(973) 993-8100 <br>Email: vshea@mdmc-law.com <br>*Attorneys for the Chapter 7 Trustee, Eric R. Perkins* |

| | |
|---|---|
| In re: <br><br>PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services., <br><br>                       Debtor. | Chapter 7 <br>Case No. 16-30001 (JKS) <br>Honorable John K. Sherwood, U.S.B.J. <br><br>Hearing Date: June 2, 2020 |

### ORDER EXPUNGING CLAIM NO. 1 FILED BY U.S. BANK NATIONAL ASSOCIATION AND CLAIM NO. 20 FILED BY JPMORGAN CHASE BANK, N.A.

The relief set forth on the following page numbered two (2) is hereby **ORDERED**.

**DATED: July 10, 2020**

*/s/ John K. Sherwood*

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:** Pro Construction Trades, Inc. d/b/a Premier Facility Services
**Case No.:** 16-30001 (JKS)
**Caption of Order:** Order Expunging Claim No. 1 filed by U.S. Bank National Association and Claim No. 20 filed by JPMorgan Chase Bank, N.A.

**THIS MATTER** having been presented to the Court by way of Motion filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the above-captioned Debtor; and the Court having considered the Certification of Virginia T. Shea, submitted in support of the Motion; and it appearing that notice of the making of said Motion was given to the United States Trustee, Ilissa Churgin Hook, Esq. and Milica A. Fatovich, Esq., counsel for the Debtor, U.S. Bank National Association, JPMorgan Chase Bank, N.A., and Denise Carlon, Esq. counsel for creditor JPMorgan Chase Bank, N.A, and that said notice is both good and sufficient; and for good cause shown; **IT IS HEREBY**

**ORDERED** that the following claims should be and hereby is expunged:

1) Proof of Claim No. 1 filed by U.S. Bank National Association in the amount of $52,906.52; and

2) Proof of Claim No. 20 filed by JPMorgan Chase Bank, N.A. in the amount of $36,866.99; and **IT IS FURTHER**

**ORDERED** that a copy of this Order be served upon all interested parties within seven (7) days from the date hereof.