| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C) <br><br> **McElroy, Deutsch, Mulvaney & Carpenter LLP** <br> Gary D. Bressler, Esq. <br> Virginia T. Shea, Esq. <br> 1300 Mt. Kemble Ave. <br> Morristown, NJ 07962 <br> Telephone: (973) 993-8100 <br> Facsimile: (973) 425-0161 <br> E-mail: gbressler@mdmc-law.com <br> vshea@mdmc-law.com <br><br> *Attorneys for Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades, Inc. d/b/a Premier Facility Services* | |
| In re: <br><br> PRO CONSTRUCTION TRADES, INC. D/B/A PREMIER FACILITY SERVICES, <br><br> Debtor. | Chapter 7 <br><br> Case No.: 16-30001 (JKS) <br><br> Judge: Honorable John K. Sherwood, U.S.B.J. |

## CERTIFICATION OF SERVICE

1.     I, <u>Shaina E. Carney</u> :

   ☐ represent the _____ in the above-captioned matter.

   ☒ am the paralegal to <u>Gary D. Bressler & Virginia T. Shea, attorneys for Eric R. Perkins,</u>

   <u>Chapter 7 Trustee</u>, in the above captioned matter.

   ☐ am the _____ in the above case and am representing myself.

2.     On <u>February 15, 2023</u>, I sent a copy of the following pleadings and/or documents to the parties

   listed in the attached service matrix (Exhibit A):

   > *Second Interim Application for Compensation and Reimbursement of Expenses of McElroy, Deutsch, Mulvaney & Carpenter, LLP as Counsel to the Chapter 7 Trustee* [Dkt #179]

3. I hereby certify under penalty of perjury that the above documents were sent using the mode of service indicated.

Dated: February 15, 2023     */s/ Shaina E. Carney*
                                 Shaina E. Carney

# **EXHIBIT A**

| Name and Address of Party Served | Relationship of Party to the Case | Mode of Service |
|---|---|---|
| U.S. Trustee<br>Attn: Mitchell Hausman, Esq.<br>Office of the United States Trustee<br>U.S. Dept. of Justice<br>One Newark Center, Ste. 2100<br>Newark, NJ 07102 | United States Trustee | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Ilissa Churgin Hook, Esq.<br>Milica A. Fatovich, Esq.<br>Hook & Fatovich, LLC<br>1044 Route 23 North. Suite 102<br>Wayne, NJ 07470 | Counsel to Debtor | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☐ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| David S. Catuogno, Esq.<br>K&L Gates LLP<br>One Newark Center, 10th Floor<br>1085 Raymond Blvd.<br>Newark, NJ 07102<br>david.catuogno@klgates.com | Counsel to Creditors Realogy Operations, LLC and Wyndham Worldwide Operations, LLC | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |
| Gregg F. Paster, Esq.<br>Gregg F. Paster & Associates<br>530 Sylvan Avenue, Suite 201<br>Englewood Cliffs, NJ 07020<br>gpaster@pasteresq.com | Counsel to Interested Parties Brian & Suzanne Troast | ☐ Hand-delivered<br>☐ Regular mail<br>☐ Certified mail/RR<br>☒ E-mail<br>☒ Notice of Electronic Filing (NEF)<br>☐ Other (as authorized by the court *) |