Order Filed on March 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| |
|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** |
| CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C) |
| **McElroy, Deutsch, Mulvaney & Carpenter LLP** <br> Gary D. Bressler, Esq. <br> 1300 Mt. Kemble Ave. <br> Morristown, NJ 07962 <br> Telephone: (973) 993-8100 <br> Facsimile: (973) 425-0161 <br> E-mail: gbressler@mdmc-law.com <br><br> *Attorneys for Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades, Inc. d/b/a Premier Facility Services* |

| | |
|---|---|
| In re: | Chapter 7 |
| PRO CONSTRUCTION TRADES, INC. D/B/A PREMIER FACILITY SERVICES, | Case No.: 16-30001 (JKS) |
| Debtor. | Judge: Honorable John K. Sherwood, U.S.B.J. |

**ORDER ALLOWING SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 7 SERVICES TO ATTORNEYS FOR CHAPTER 7 TRUSTEE**

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 17, 2023**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Debtor:** | **Pro Construction Trades, Inc. d/b/a Premier Facility Services** |
| **Case No.** | **16-30001 (JKS)** |
| **Caption of Order:** | **Second Interim Fee Application for Allowances by Attorneys for the Chapter 7 Trustee from September 6, 2018 through December 13, 2022** |

**THIS MATTER** having been presented to the Court upon Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtor herein, for a second interim allowance of compensation and reimbursement of expenses for the period of time from September 6, 2018 through December 13, 2022 for Chapter 7 services performed on behalf of the Chapter 7 Trustee; and no objection to the Application having been filed; and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLP be, and is hereby, allowed the sum of **$86,133.00** representing second interim compensation for professional fees and **$3,675.50** representing second interim reimbursement of costs, for a total of **$89,808.50**.