**UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEW JERSEY**

CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C)

**McElroy, Deutsch, Mulvaney
 & Carpenter LLP**
Gary D. Bressler, Esq.
1300 Mt. Kemble Ave.
Morristown, NJ 07962
Telephone: (973) 993-8100
Facsimile: (973) 425-0161
E-mail: gbressler@mdmc-law.com

*Attorneys for Eric R. Perkins, Chapter 7 Trustee
for the Bankruptcy Estate of Pro Construction
Trades, Inc. d/b/a Premier Facility Services*

Order Filed on March 17, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In re:

PRO CONSTRUCTION TRADES, INC. D/B/A
PREMIER FACILITY SERVICES,

Debtor.

Chapter 7

Case No.: 16-30001 (JKS)

Judge: Honorable John K. Sherwood, U.S.B.J.

### ORDER ALLOWING SECOND INTERIM COMPENSATION AND REIMBURSEMENT OF EXPENSES FOR CHAPTER 7 SERVICES TO ATTORNEYS FOR CHAPTER 7 TRUSTEE

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 17, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

| | |
|---|---|
| **Debtor:** | **Pro Construction Trades, Inc. d/b/a Premier Facility Services** |
| **Case No.** | **16-30001 (JKS)** |
| **Caption of Order:** | **Second Interim Fee Application for Allowances by Attorneys for the Chapter 7 Trustee from September 6, 2018 through December 13, 2022** |

---

**THIS MATTER** having been presented to the Court upon Application of McElroy, Deutsch, Mulvaney & Carpenter, LLP, attorneys for Eric R. Perkins, the Chapter 7 Trustee of the Debtor herein, for a second interim allowance of compensation and reimbursement of expenses for the period of time from September 6, 2018 through December 13, 2022 for Chapter 7 services performed on behalf of the Chapter 7 Trustee; and no objection to the Application having been filed; and the Court having reviewed said Application; and for good cause shown; it is hereby

**ORDERED** that McElroy, Deutsch, Mulvaney & Carpenter, LLP be, and is hereby, allowed the sum of **$86,133.00** representing second interim compensation for professional fees and **$3,675.50** representing second interim reimbursement of costs, for a total of **$89,808.50**.

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 16-30001-JKS

Pro Construction Trades, Inc. d/b/a Prem  Chapter 7

    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2  User: admin  Page 1 of 3

Date Rcvd: Mar 17, 2023  Form ID: pdf903  Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 19, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pro Construction Trades, Inc. d/b/a Premier Facili, 80 Route 4 East. Suite 380, Paramus, NJ 07652-2654 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Hook & Fatovich. LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 19, 2023  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on March 17, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |
| Christopher Lynch | on behalf of Defendant Chase Card Services Inc. chrislynch65@gmail.com |
| Conrad K. Chiu | on behalf of Creditor Delta Building Services Corporation cchiu@pryorcashman.com |

Case 16-30001-JKS    Doc 190    Filed 03/19/23    Entered 03/20/23 00:14:04    Desc
Imaged Certificate of Notice    Page 4 of 5

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 2 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

Daniel M. Eliades
    on behalf of Creditor Realogy Operations LLC daniel.eliades@klgates.com

Daniel M. Eliades
    on behalf of Creditor Wyndham Worldwide Operations Inc. daniel.eliades@klgates.com

David H. Pikus
    on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Inc. dpikus@bressler.com

David S. Catuogno
    on behalf of Creditor Realogy Operations LLC david.catuogno@klgates.com

David S. Catuogno
    on behalf of Creditor Wyndham Worldwide Operations Inc. david.catuogno@klgates.com

Denise E. Carlon
    on behalf of Creditor JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric Raymond Perkins
    eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Eric Raymond Perkins
    on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal

Gregg F. Paster
    on behalf of Interested Party Brian D. Troast gpaster@pasteresq.com

Gregg F. Paster
    on behalf of Defendant Brian D. Troast gpaster@pasteresq.com

Gregg F. Paster
    on behalf of Interested Party Suzanne C. Troast gpaster@pasteresq.com

Gregg F. Paster
    on behalf of Defendant Suzanne C. Troast gpaster@pasteresq.com

Ilissa Churgin Hook
    on behalf of Debtor Pro Construction Trades Inc. d/b/a Premier Facility Services ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com

Ilissa Churgin Hook
    on behalf of Attorney Hook & Fatovich LLC ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com

Joseph Michael Cerra
    on behalf of Creditor Realogy Operations LLC joseph.cerra@klgates.com

Joseph Michael Cerra
    on behalf of Creditor Wyndham Worldwide Operations Inc. joseph.cerra@klgates.com

Milica A. Fatovich
    on behalf of Debtor Pro Construction Trades Inc. d/b/a Premier Facility Services mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com

Mitchell Hausman
    on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Nikolas S Komyati
    on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Inc. nkomyati@bressler.com

Philip William Allogramento
    on behalf of Creditor A-L Services Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Raquel Romero
    on behalf of Creditor Matilda Rojas rromerolaw@gmail.com

Richard Honig
    on behalf of Mediator Richard Honig rbhonig@hlgslaw.com

Scott S. Rever
    on behalf of Creditor Interior Preservation Inc. srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Trustee Eric Raymond Perkins vshea@mdmc-law.com gbressler@mdmc-law.com

Virginia T. Shea

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Mar 17, 2023 | Form ID: pdf903 | Total Noticed: 1 |

                on behalf of Plaintiff Eric Perkins vshea@mdmc-law.com  gbressler@mdmc-law.com

Virginia T. Shea

                on behalf of Plaintiff Eric R. Perkins  Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades. d/b/a Premier Facility Services vshea@mdmc-law.com, gbressler@mdmc-law.com

Virginia T. Shea

                on behalf of Attorney McElroy  Deutsch , Mulvaney & Carpenter, LLP vshea@mdmc-law.com, gbressler@mdmc-law.com

Wendy G. Marcari

                on behalf of Creditor Mechanical Service Corporation wmarcari@ebglaw.com
                nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

TOTAL: 33