Form loccrtno – loccrtnov27

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

        Case No.: 16−30001−JKS
        Chapter: 7
        Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pro Construction Trades, Inc. d/b/a Premier
   Facility Services
   80 Route 4 East. Suite 380
   Paramus, NJ 07652

Social Security No.:

Employer's Tax I.D. No.:
   20−5093000

## CERTIFICATION OF NO OBJECTION

    I _Diana L. Reaves_ , Deputy Clerk hereby certify that there have been no objections filed relative to the Notice of Proposed Abandonment:

Description of Property (if applicable):

Debtor's interest in all computers, books and records currently being stored at offices of Bederson LLP and/or Hill Archive

Dated: March 29, 2023
JAN: dlr

                                                  Jeanne Naughton
                                                  Clerk