UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-1(b)
HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 102
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Former Chapter 11 Counsel for the Debtor
ILISSA CHURGIN HOOK, ESQ.
MILICA A. FATOVICH, ESQ.

Order Filed on April 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pro Construction Trades, Inc. d/b/a Premier Facility Services,

Debtor.

Case No.: 16-30001-JKS

Hearing Date: April 6, 2023 at 10:00 am

Judge: Hon. John K. Sherwood

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 14, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no objection having been filed; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | | EXPENSES |
|---|---|---|---|
| Hook & Fatovich, LLC | Current Period | $2,800.00 | $ 34.56 |
| | Interim Periods | $61,280.00 | $2,425.17 |

Retainer: $30,000 for fees and $1,717 for expenses.

rev.8/1/15