UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

Caption in Compliance with D.N.J. LBR 9004-2(c)

BEDERSON, LLP
347 MT PLEASANT AVENUE – SUITE 200
WEST ORANGE, NJ 07052

In Re:

PRO CONSTRUCTION TRADES, INC.
d/b/a PREMIER FACILITY SERVICES
DEBTOR

Order Filed on April 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 16-30001 (JKS)

Hearing Date:

Judge:    John K. Sherwood

Chapter  7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: April 14, 2023**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that Bederson, LLP filed a final fee application [ECF No. 182]; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no objections having been filed to the final fee application; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| BEDERSON LLP | $19,251.50 | $1,460.51 |