UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
Caption in Compliance with D.N.J. LBR 9004-1(b)
HOOK & FATOVICH, LLC
1044 Route 23 North, Suite 102
Wayne, New Jersey 07470
Tel.: 973.686.3800
Fax: 973.686.3801
Former Chapter 11 Counsel for the Debtor
ILISSA CHURGIN HOOK, ESQ.
MILICA A. FATOVICH, ESQ.

Order Filed on April 14, 2023
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

Pro Construction Trades, Inc. d/b/a Premier Facility Services,

        Debtor.

Case No.: 16-30001-JKS

Hearing Date: April 6, 2023 at 10:00 am

Judge: Hon. John K. Sherwood

Chapter: 7

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

DATED: April 14, 2023

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no objection having been filed; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | | EXPENSES |
|---|---|---|---|
| Hook & Fatovich, LLC | Current Period | $2,800.00 | $ 34.56 |
| | Interim Periods | $61,280.00 | $2,425.17 |

Retainer: $30,000 for fees and $1,717 for expenses.

rev.8/1/15

United States Bankruptcy Court
District of New Jersey

In re:  Case No. 16-30001-JKS
Pro Construction Trades, Inc. d/b/a Prem  Chapter 7
    Debtor

## CERTIFICATE OF NOTICE

District/off: 0312-2    User: admin    Page 1 of 3
Date Rcvd: Apr 14, 2023    Form ID: pdf903    Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 16, 2023:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pro Construction Trades, Inc. d/b/a Premier Facili, 80 Route 4 East. Suite 380, Paramus, NJ 07652-2654 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| aty | ##+ | Hook & Fatovich. LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |

TOTAL: 0 Undeliverable, 0 Duplicate, 1 Out of date forwarding address

## NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 16, 2023    Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 14, 2023 at the address(es) listed below:

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |
| Christopher Lynch | on behalf of Defendant Chase Card Services Inc. chrislynch65@gmail.com |
| Conrad K. Chiu | on behalf of Creditor Delta Building Services Corporation cchiu@pryorcashman.com |
| Daniel M. Eliades | |

Case 16-30001-JKS    Doc 194    Filed 04/16/23    Entered 04/17/23 00:14:39    Desc
Imaged Certificate of Notice    Page 4 of 5

| District/off: 0312-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Apr 14, 2023 | Form ID: pdf903 | Total Noticed: 1 |

| | |
|---|---|
| Daniel M. Eliades | on behalf of Creditor Realogy Operations  LLC daniel.eliades@klgates.com |
| | on behalf of Creditor Wyndham Worldwide Operations  Inc. daniel.eliades@klgates.com |
| David H. Pikus | on behalf of Defendant Merrill Lynch Pierce Fenner & Smith  Inc. dpikus@bressler.com |
| David S. Catuogno | on behalf of Creditor Realogy Operations  LLC david.catuogno@klgates.com |
| David S. Catuogno | on behalf of Creditor Wyndham Worldwide Operations  Inc. david.catuogno@klgates.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | eperkins@becker.legal  nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Gregg F. Paster | on behalf of Interested Party Brian D. Troast gpaster@pasteresq.com |
| Gregg F. Paster | on behalf of Defendant Brian D. Troast gpaster@pasteresq.com |
| Gregg F. Paster | on behalf of Interested Party Suzanne C. Troast gpaster@pasteresq.com |
| Gregg F. Paster | on behalf of Defendant Suzanne C. Troast gpaster@pasteresq.com |
| Ilissa Churgin Hook | on behalf of Debtor Pro Construction Trades  Inc. d/b/a Premier Facility Services ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com |
| Ilissa Churgin Hook | on behalf of Attorney Hook & Fatovich  LLC ihook@hookandfatovich.com, fyablonsky@hookandfatovich.com |
| Joseph Michael Cerra | on behalf of Creditor Realogy Operations  LLC joseph.cerra@klgates.com |
| Joseph Michael Cerra | on behalf of Creditor Wyndham Worldwide Operations  Inc. joseph.cerra@klgates.com |
| Milica A. Fatovich | on behalf of Debtor Pro Construction Trades  Inc. d/b/a Premier Facility Services mfatovich@hookandfatovich.com, fyablonsky@hookandfatovich.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Nikolas S Komyati | on behalf of Defendant Merrill Lynch Pierce Fenner & Smith  Inc. nkomyati@bressler.com |
| Philip William Allogramento | on behalf of Creditor A-L Services  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Raquel Romero | on behalf of Creditor Matilda Rojas rromerolaw@gmail.com |
| Richard Honig | on behalf of Mediator Richard Honig rbhonig@hlgslaw.com |
| Scott S. Rever | on behalf of Creditor Interior Preservation  Inc. srever@genovaburns.com, srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com |
| U.S. Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| United States Trustee | USTPRegion03.NE.ECF@usdoj.gov |
| Virginia T. Shea | on behalf of Trustee Eric Raymond Perkins vshea@mdmc-law.com  gbressler@mdmc-law.com |
| Virginia T. Shea | on behalf of Plaintiff Eric Perkins vshea@mdmc-law.com  gbressler@mdmc-law.com |

District/off: 0312-2     User: admin     Page 3 of 3
Date Rcvd: Apr 14, 2023     Form ID: pdf903     Total Noticed: 1

Virginia T. Shea
   on behalf of Plaintiff Eric R. Perkins Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades. d/b/a Premier Facility Services vshea@mdmc-law.com, gbressler@mdmc-law.com

Virginia T. Shea
   on behalf of Attorney McElroy Deutsch , Mulvaney & Carpenter, LLP vshea@mdmc-law.com, gbressler@mdmc-law.com

Wendy G. Marcari
   on behalf of Creditor Mechanical Service Corporation wmarcari@ebglaw.com nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

TOTAL: 33