| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br>HOOK & FATOVICH, LLC<br>1044 Route 23 North, Suite 102<br>Wayne, New Jersey 07470<br>Tel.: 973.686.3800<br>Fax: 973.686.3801<br>Former Chapter 11 Counsel for the Debtor<br>ILISSA CHURGIN HOOK, ESQ.<br>MILICA A. FATOVICH, ESQ. | <br>**Order Filed on July 7, 2023<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Pro Construction Trades, Inc. d/b/a Premier Facility Services,<br><br>                Debtor. | Case No.:    16-30001-JKS<br>Hearing Date:    July 6, 2023 @10:00 a.m.<br>Judge:    Hon. John K. Sherwood<br>Chapter:    7 |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED**.

**DATED: July 7, 2023**

_/s/ John K. Sherwood_

Honorable John K. Sherwood
United States Bankruptcy Court

The Court having found that the person(s) named below filed application(s) for allowances; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no objection(s) to the application having been filed; and for good cause shown; it is

ORDERED that compensation and expenses are allowed as follows:

| APPLICANTS | COMMISSION/FEES | EXPENSES |
|---|---|---|
| ERNEST P DEMARCO & ASSOCIATES LLC | $ 7,725.00 | $26.00 |

*rev.8/1/15*