| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>DISTRICT OF NEW JERSEY<br>Caption in Compliance with D.N.J. LBR 9004-1(b)<br>**K&L Gates LLP**<br>David S. Catuogno, Esq.<br>One Newark Center, 10th Floor<br>Newark, New Jersey 07102<br>(973) 848-4000<br>David.Catuogno@klgates.com<br>Counsel for Anywhere Real Estate Operations LLC f/k/a Realogy Operations, LLC | |
| PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services,<br><br>                              Debtor. | Case No. 16-30001-JKS<br><br>Chapter 7<br><br>Honorable John K. Sherwood |

**CERTIFICATE OF CONSENT REGARDING CONSENT ORDER MODIFYING PROOF OF CLAIM NO. 15 FILED BY REALOGY OPERATIONS LLC AND FOR OTHER RELIEF**

I HEREBY CERTIFY that with respect to the copy of the captioned Consent Order submitted to the Court, the following conditions have been met:

(a)   The terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order;

(b)   The signatures represented by the /s/_____ on the copy of the consent order submitted to the Court reference the signatures of consenting parties obtained on the original consent order;

(c)   I will retain the communication in which the consent order was provided to us by counsel for Anywhere Real Estate Operations LLC for a period of seven years from the date of closing of the case and will provide a copy of said communication to the Court upon request thereby;

Final paragraph options:

☐   (e) *If submitting the consent order and this certification to the Court conventionally*, I acknowledge the signing of same for all purposes, including those under Fed. R. Bankr.P 9011 (sign certification in pen and ink and the Court will scan);

☒ (e) *If submitting the consent order and this certification to the Court electronically via the presiding judge's e mail box, as a registered Participant of the Court's Case Management/ Electronic Files (CM/ECF) System*, I will simultaneously electronically file this certification with the Court, by use of my login and password, thereby signing same for all purposes including those under Fed. R. Bankr.P 9011 (sign certification with a /s/_____).

                                        ERIC R. PERKINS
                                        Chapter 7 Trustee

                              By: /s/Eric R. Perkins, Esq.
                                  ERIC R. PERKINS, ESQ.

Dated: January 2, 2024