Form ntchrgbk

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.: 16−30001−JKS
Chapter: 7
Judge: John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Pro Construction Trades, Inc. d/b/a Premier
  Facility Services
  80 Route 4 East. Suite 380
  Paramus, NJ 07652

Social Security No.:

Employer's Tax I.D. No.:
  20−5093000

## NOTICE OF HEARING

PLEASE TAKE NOTICE that a hearing will be held at

Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D, Newark, NJ 07102

on 2/15/24 at 10:00 AM

to consider and act upon the following:

*205 −* Final Application for Compensation for McElroy, Deutsch, Mulvaney & Carpenter, LLP, Trustee's Attorney, period: 12/14/2022 to 3/31/2023, fee: $5,105.00, expenses: $18.10. Filed by McElroy, Deutsch, Mulvaney & Carpenter, LLP. Hearing scheduled for 2/15/2024 at 10:00 AM at JKS − Courtroom 3D, Newark. (Attachments: # 1 Exhibit A − Itemized Statement # 2 Certification # 3 Signature Page of Chapter 7 Trustee # 4 Proposed Order) (Bressler, Gary)

Dated: 1/25/24

                                        Jeanne Naughton
                                        Clerk, U.S. Bankruptcy Court

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30001-JKS |
| Pro Construction Trades, Inc. d/b/a Prem | Chapter 7 |
|     Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Jan 25, 2024 | Form ID: ntchrgbk | Total Noticed: 7 |

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ++ | Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4). |
| ## | Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 27, 2024:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pro Construction Trades, Inc. d/b/a Premier Facili, 80 Route 4 East. Suite 380, Paramus, NJ 07652-2654 |
| aty | + | Hook & Fatovich, LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |
| aty | + | McElroy, Deutsch , Mulvaney & Carpenter, LLP, 1300 Mt. Kemble Avenue, Morristown, NJ 07960-8000 |
| aty | + | Mcelroy, Deutsch, Mulvaney & Carpenter LLP, 40 W. Ridgewood Avenue, Ridgewood, NJ 07450-3136 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| acc | + | Ernest P. DeMarco, 533 Lafayette Ave., Hawthorne, NJ 07506-2424 |
| intp | + | Suzanne C. Troast, 15 Somerset Lane, Unit 319, Edgewater, NJ 07020-2416 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr | | JC Office Interiors |
| aty | *+ | Hook & Fatovich. LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |
| intp | ##+ | Brian D. Troast, 45 Annett Avenue, Edgewater, NJ 07020-1529 |

TOTAL: 1 Undeliverable, 1 Duplicate, 1 Out of date forwarding address

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 27, 2024    Signature:    /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 25, 2024 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |
| Christopher Lynch | on behalf of Defendant Chase Card Services Inc. chrislynch65@gmail.com |
| Conrad K. Chiu | on behalf of Creditor Delta Building Services Corporation cchiu@pryorcashman.com |
| Daniel M. Eliades | on behalf of Creditor Wyndham Worldwide Operations Inc. daniel.eliades@klgates.com |
| Daniel M. Eliades | on behalf of Creditor Realogy Operations LLC daniel.eliades@klgates.com |
| David H. Pikus | on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Inc. dpikus@bressler.com |
| David S. Catuogno | on behalf of Creditor Realogy Operations LLC david.catuogno@klgates.com |
| David S. Catuogno | on behalf of Creditor Wyndham Worldwide Operations Inc. david.catuogno@klgates.com |
| Denise E. Carlon | on behalf of Creditor JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric Raymond Perkins | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Gary D. Bressler | on behalf of Attorney McElroy Deutsch , Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, scarney@mdmc-law.com |
| Gregg F. Paster | on behalf of Defendant Suzanne C. Troast gpaster@pasteresq.com |
| Gregg F. Paster | on behalf of Interested Party Brian D. Troast gpaster@pasteresq.com |
| Gregg F. Paster | on behalf of Defendant Brian D. Troast gpaster@pasteresq.com |
| Gregg F. Paster | on behalf of Interested Party Suzanne C. Troast gpaster@pasteresq.com |
| Ilissa Churgin Hook | on behalf of Attorney Hook & Fatovich LLC ihook@norgaardfirm.com, fyablonsky@hookandfatovich.com |
| Ilissa Churgin Hook | on behalf of Debtor Pro Construction Trades Inc. d/b/a Premier Facility Services ihook@norgaardfirm.com, fyablonsky@hookandfatovich.com |
| Joseph Michael Cerra | on behalf of Creditor Realogy Operations LLC joseph.cerra@klgates.com |
| Joseph Michael Cerra | on behalf of Creditor Wyndham Worldwide Operations Inc. joseph.cerra@klgates.com |
| Milica A. Fatovich | on behalf of Accountant Ernest P. DeMarco mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Milica A. Fatovich | on behalf of Debtor Pro Construction Trades Inc. d/b/a Premier Facility Services mfatovich@norgaardfirm.com, mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Mitchell Hausman | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Nikolas S Komyati | on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Inc. nkomyati@bressler.com |
| Philip William Allogramento | on behalf of Creditor A-L Services Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 3 of 3 |
| Date Rcvd: Jan 25, 2024 | Form ID: ntchrgbk | Total Noticed: 7 |

Raquel Romero
    on behalf of Creditor Matilda Rojas rromerolaw@gmail.com

Richard Honig
    on behalf of Mediator Richard Honig rbhonig@hlgslaw.com

Scott S. Rever
    on behalf of Creditor Interior Preservation Inc. srever@genovaburns.com,
    srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
    USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
    on behalf of Attorney McElroy Deutsch , Mulvaney & Carpenter, LLP vshea@mdmc-law.com, gbressler@mdmc-law.com

Virginia T. Shea
    on behalf of Trustee Eric Raymond Perkins vshea@mdmc-law.com gbressler@mdmc-law.com

Virginia T. Shea
    on behalf of Plaintiff Eric Perkins vshea@mdmc-law.com gbressler@mdmc-law.com

Virginia T. Shea
    on behalf of Plaintiff Eric R. Perkins Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades. d/b/a Premier
    Facility Services vshea@mdmc-law.com, gbressler@mdmc-law.com

Wendy G. Marcari
    on behalf of Creditor Mechanical Service Corporation wmarcari@ebglaw.com
    nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

TOTAL: 35