B 210A (Form 210A) (12/09)

# UNITED STATES BANKRUPTCY COURT

District of New Jersey

In re Pro Construction Trades, Inc.,      Case No. 16-30001

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE or deemed filed under 11 U.S.C. § 1111(a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

| Wyndham Worldwide Operations LLC | A-L Services, Inc. |
|---|---|
| Name of Transferee | Name of Transferor |

Name and Address where notices to transferee should be sent:

K&L Gates LLP / Attn. David Catuogno
One Newark Ctr, 10th Fl Newark, NJ 07102

Court Claim # (if known): 21-1
Amount of Claim: $158,110.69
Date Claim Filed: 02/23/2017

Phone: 973-848-4023
Last Four Digits of Acct #: _____

Phone: 973-394-9880
Last Four Digits of Acct. #: _____

Name and Address where transferee payments should be sent (if different from above):

Phone: _____
Last Four Digits of Acct #: _____

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: David S. Catuogno      Date: January 24, 2024
Transferee/Transferee's Agent

*Penalty for making a false statement:* Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571.