Order Filed on February 20, 2024
by Clerk
U.S. Bankruptcy Court
District of New Jersey

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT FOR THE DISTRICT OF NEW JERSEY** <br> CAPTION IN COMPLIANCE WITH D.N.J. LBR 9004-2(C) <br><br> **McElroy, Deutsch, Mulvaney & Carpenter LLP** <br> Gary D. Bressler, Esq. <br> 1300 Mt. Kemble Ave. <br> Morristown, NJ 07962 <br> Telephone: (973) 993-8100 <br> Facsimile: (973) 425-0161 <br> E-mail: gbressler@mdmc-law.com <br><br> *Attorneys for Eric R. Perkins, Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades, Inc. d/b/a Premier Facility Services* | |
| In re: <br><br> PRO CONSTRUCTION TRADES, INC. D/B/A PREMIER FACILITY SERVICES, <br><br> Debtor. | Chapter 7 <br><br> Case No.: 16-30001 (JKS) <br><br> Judge: Honorable John K. Sherwood, U.S.B.J. |

## ORDER GRANTING ALLOWANCES

The relief set forth on the following page is hereby **ORDERED.**

**DATED: February 20, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**THE COURT** having found that McElroy, Deutsch, Mulvaney & Carpenter, LLP filed a third interim and final application for allowance of fees and reimbursement of expenses [ECF No. 205]; and notice and opportunity for hearing were given to creditors and other parties in interest as required; and no opposition having been filed to the third interim and final application; and for good cause shown; it is

**ORDERED** that compensation and expenses are allowed as follows:

Applicant: McElroy, Deutsch, Mulvaney & Carpenter, LLP

Period:   December 14, 2022 through March 31, 2023

| **Third Interim & Final Application** | **Requested** |
|---|---|
| Fees | $5,105.00 |
| Expenses | $18.10 |
| Anticipated Fees and Costs for Preparation of Final Application and Other Work Done Subsequent to March 31, 2023 | $1,500.00 |

and it is

**FURTHER ORDERED** that final compensation and expenses are approved in the amount of $131,578.49.