**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| In re:<br><br>PRO CONSTRUCTION TRADES, INC.<br><br>Debtor(s) | Case No. 16-30001<br><br>Chapter 7<br><br>ECF Dkt Ref No(s).    220 |

**DECLARATION OF MAILING CERTIFICATE OF SERVICE**

On 7/10/2024, I did cause a copy of the following document(s), described below:

Filed Motion to Reclassify Claim No. 41 of Anderson Interior, ECF Dkt Ref No. 220

to be served for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

I caused these documents to be served by utilizing the services of Stretto, an Approved Bankruptcy Notice Provider authorized by the United States Courts Administrative Office, pursuant to Fed.R. Bankr.P. 9001(9) and 2002(g)(4). A copy of the declaration of service is attached hereto and incorporated as if fully set forth herein.

Parties who are participants in the Courts Electronic Noticing System ("NEF"), if any, were denoted as having been served electronically with the documents described herein per the ECF/PACER system.

DATED: 7/10/2024

/s/ Eric R. Perkins
Eric R. Perkins
Becker LLC
354 Eisenhower Parkway
Plaza II, Suite 1500
Livingston NJ 07039
973-251-8925
eperkins@becker.legal@randylroyalpc.com

**UNITED STATES BANKRUPTCY COURT**
**DISTRICT OF NEW JERSEY**

In re:

PRO CONSTRUCTION TRADES, INC.

Debtor(s)

Case No. 16-30001

Chapter 7

ECF Dkt Ref No(s).     220

**CERTIFICATE OF SERVICE DECLARATION OF MAILING**

On 7/10/2024, I did cause a copy of the following document(s), described below:

Filed Motion to Reclassify Claim No. 41 of Anderson Interior, ECF Dkt Ref No. 220

were deposited for delivery by the United States Postal Service, via First Class United States Mail, postage prepaid, with sufficient postage thereon to the parties listed on the mailing matrix exhibit, a copy of which is attached hereto and incorporated as if fully set forth herein.

The undersigned does hereby declare under penalty of perjury of the laws of the United States that I have served the above referenced document (s) on the mailing list attached hereto in the manner shown and prepared the Declaration of Certificate of Service and that it is true and correct to the best of my knowledge, information, and belief.

DATED: 7/10/2024

Melissa Membrino
c/o Stretto
410 Exchange Ste 100
Irvine, CA 92602
(949) 222-1212
declaration@stretto.com

I certify that on 7/10/2024, I caused a copy of the Filed Motion to Reclassify Claim No. 41 of Anderson Interior to be served by First Class United States Mail service, with adequate postage to ensure delivery to:

EXHIBIT

| | | | |
|---|---|---|---|
| Andersen Interior Contracting, Inc. | C/O Greg K. Vitali, Esq. | 53 Cardinal Drive | Westfield Ne 07091 |
| Pro Construction Trades, Inc. d/b/a Premier Facility Services | 80 Route 4 East, Suite 380 | | Paramus Ne 07652 |
| Norgaard, O'Boyle & Hannon | 184 Grand Avenue | | Englewood Ne 07631 |
| Office of the US Trustee | One Newark Center Ste 2100 | | Newark Ne 07102 |