|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>FOR THE DISTRICT OF NEW JERSEY<br>**Caption in Compliance with D.N.J. LBR 9004-1(b)**<br><br>**ERIC R. PERKINS, CHAPTER 7 TRUSTEE, *PRO SE***<br>354 Eisenhower Parkway<br>Eisenhower Plaza Two, Suite 1500<br>Livingston, New Jersey 07039<br>Phone: (973) 422-1100<br>E-mail address: <u>eperkins@becker.legal</u> | Order Filed on August 13, 2024<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey |
| In re:<br><br>PRO CONSTRUCTION TRADES, INC.,<br>d/b/a Premier Facility Services,<br><br>               Debtor. | Case No. 16-30001-JKS<br><br>Chapter 11<br><br>Honorable John K. Sherwood<br><br>Hearing Date:  Tuesday, August 13, 2024 at 10:00 A.M. |

### ORDER RECLASSIFYING CLAIM NO. 41
### FILED BY ANDERSEN INTERIOR CONTRACTING, INC.

The relief set forth on the following page numbered two (2) is hereby **ORDERED.**

**DATED: August 13, 2024**

Honorable John K. Sherwood
United States Bankruptcy Court

**Debtor:    PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services**
**Case No.   16-30001-JKS**
**Caption:   *Order Reclassifying Claim No. 41 Filed by Andersen Interior Contracting, Inc.***

_____

**THIS MATTER** having been brought before this Court upon the motion filed by Eric R. Perkins, Chapter 7 Trustee, *Pro Se* (the "Trustee"), for PRO CONSTRUCTION TRADES, INC., d/b/a Premier Facility Services (the "Debtor"), for the entry of an order pursuant to 11 U.S.C. § 502 and Fed. R. Bankr. P. 3007 reclassifying Claim No. 41 filed by Andersen Interior Contracting, Inc. and the Court having considered the matter; and the arguments and submissions of counsel, if any, and the Court having further considered the opposition filed, if any, and due notice having been given; and for good cause shown; it is hereby

**ORDERED** that the following claim should be and hereby is reclassified:

Andersen Interior Contracting, Inc's Proof of Claim No. 41 in the amount of $17,000.00 be and is hereby reclassified from a secured claim to a general unsecured claim.