Form 192 − aplccmpnrpt

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
MLK Jr Federal Building
50 Walnut Street
Newark, NJ 07102

Case No.:  16−30001−JKS
Chapter:  7
Judge:  John K. Sherwood

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Pro Construction Trades, Inc. d/b/a Premier
   Facility Services
   80 Route 4 East. Suite 380
   Paramus, NJ 07652

Social Security No.:

Employer's Tax I.D. No.:
   20−5093000

**NOTICE OF FILING OF FINAL ACCOUNT(S) OF TRUSTEE,**
**OF HEARING ON APPLICATIONS FOR COMPENSATION**
**(AND OF HEARING ON ABANDONMENT OF PROPERTY BY THE TRUSTEE)**

   THE FINAL REPORT(S) and account(s) of the trustee in this case having been filed,

   NOTICE IS HEREBY GIVEN that there will be a hearing held before Honorable John K. Sherwood on:

DATE:               March 20, 2025
TIME:               10:00 AM
LOCATION:           Courtroom 3D, Martin Luther King, Jr. Federal Building, 50 Walnut Street, Courtroom 3D,
Newark, NJ 07102

for the purpose of examining and passing on the report(s) and account(s), acting on applications for compensation
and transacting such other business as may properly come before the court. Attendance by creditors is welcomed, but
not required.

The account of the trustee shows:

TOTAL RECEIPTS:            $446,970.80
TOTAL DISBURSEMENTS:       $237,024.76
BALANCE ON HAND:           $209,946.04

In addition to expenses of administration as may be allowed by the court, claims secured by liens and claims entitled
to priority must be paid in advance of any dividends to general creditors. The following applications for
compensation have been filed: (creditors may be heard before the applications are determined)

APPLICANT(S)
Eric R. Perkins

COMMISSION OR FEES
$25,598.54

EXPENSES
$20.00

The trustee's application to abandon the following property will be heard and acted upon:
NONE

The trustee's reports are available for inspection in the clerks office.

Any objection to the trustee's Final Report and Account must be filed (7) seven days prior to the above date and will be heard at that time of the final meeting.


Dated: February 11, 2025
JAN: mlc

                                                Jeanne Naughton
                                                Clerk

United States Bankruptcy Court
District of New Jersey

| | |
|---|---|
| In re: | Case No. 16-30001-JKS |
| Pro Construction Trades, Inc. d/b/a Prem | Chapter 7 |
| Debtor | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 1 of 6 |
| Date Rcvd: Feb 11, 2025 | Form ID: 192 | Total Noticed: 126 |

The following symbols are used throughout this certificate:
**Symbol   Definition**

+     Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

^     Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

#     Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

##    Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Feb 13, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | + | Pro Construction Trades, Inc. d/b/a Premier Facili, 80 Route 4 East. Suite 380, Paramus, NJ 07652-2654 |
| aty | + | Hook & Fatovich, LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |
| aty | + | McElroy, Deutsch , Mulvaney & Carpenter, LLP, 1300 Mt. Kemble Avenue, Morristown, NJ 07960-8000 |
| aty | + | Mcelroy, Deutsch, Mulvaney & Carpenter LLP, 40 W. Ridgewood Avenue, Ridgewood, NJ 07450-3136 |
| acc | ++ | BEDERSON LLP, 347 MT PLEASANT AVENUE SUITE 200, WEST ORANGE NJ 07052-2749 address filed with court:, Bederson LLP, 100 Passaic Avenue, Suite 310, Fairfield, NJ 07004 |
| acc | + | Ernest P. DeMarco, 533 Lafayette Ave., Hawthorne, NJ 07506-2424 |
| intp | + | Suzanne C. Troast, 15 Somerset Lane, Unit 319, Edgewater, NJ 07020-2416 |
| 516453950 | + | A-L Services, Inc., P.O. Box 6391, Parsippany, NJ 07054-7391 |
| 516489386 | + | Accounting Principals, Attn: Steven Rebidas, 10151 Deerwood Park Blvd., Jacksonville, FL 32256-0588 |
| 516453951 | | Accounting Principals, Dept. CH 14031, Palatine, IL 60066 |
| 516453952 | + | Acme American Environmental Co., Inc., Attn: Jeff Schwartz, 177-10 93rd Avenue, Jamaica, NY 11433-1402 |
| 516453953 | + | Acme American Repairs, Inc., 177-10 93rd Avenue, Jamaica, NY 11433-1402 |
| 516453954 | | Albiero Energy, Attn.: Anthony Nobile, P.O. Box 645407, Cincinnati, OH 45264-5407 |
| 516952644 | + | Albireo Energy, 3 Ethel Road, Ste. 300, Edison, NJ 08817-2855 |
| 516453955 | + | Allison Eden Studios, 164 Cook Street, Brooklyn, NY 11206-3702 |
| 517047616 | + | Andersen Interior Countracting, Inc., 368 Passaic Avenue, PO Box 10362, Fairfield, New Jersey 07004-6362 |
| 520146407 | + | Anywhere Real Estate Operations LLC, c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 516453956 | + | Associated Water Conditioners, Attn.: Jim Meister, 23 Green lane, Succasunna, NJ 07876-1716 |
| 516453957 | + | Assured Environments, 45 Broadway 10th Floor, New York, NY 10006-4002 |
| 516453958 | + | BOMI International, Attn.: CPD Payment Center, One Park Place, Ste 475, Annapolis, MD 21401-3479 |
| 516453959 | + | Bougades Electric, Inc., P.O. Box 5296, Parsippany, NJ 07054-6296 |
| 516453960 | + | Brick/Bright View Landscapes, LLC, 48 Intervale Road, Boonton, NJ 07005-1056 |
| 517002632 | + | Brightview Landscapes, LLC, Attn: Tomas Kuehn, 24151 Ventura Blvd., Calabasas, CA 91302-1276 |
| 516453961 | | Brown & Bigelow, P.O. Box 1450 NW 8554, Minneapolis, MN 55485-8554 |
| 516561665 | + | Brown & Bigelow Inc., 345 Plato Bl. E, St. Paul, MN 55107-1228 |
| 516453962 | + | Central Jersey Waste, 432 Stokes Avenue, Ewing, NJ 08638-3734 |
| 516453971 | | CoStar Realty Information, Inc., P.O. Box 791123, Baltimore, MD 21279-1123 |
| 516453964 | + | Commercial Air Systems, Inc., 10 County Line Road, Ste 17, Branchburg, NJ 08876-6009 |
| 516453965 | | Commercial Kitchen Cleaning, Inc., P.O. Box 4301, Wayne, NJ 07474-4301 |
| 516453967 | + | Cooper Electrical Supply Company, 444 Route 46, Fairfield, NJ 07004-1979 |
| 516453968 | + | Cooper Pest Control, 351 Lawrence Station Road, Lawrenceville, NJ 08648-2695 |
| 516668537 | + | Cooperative Communications, 412-420 Washington Ave., PO Box 903, Belleville, NJ 07109-0903 |
| 516453969 | | Cooperative Communications, Attn.: Accounts Receivable, P.O. Box 903, Belleville, NJ 07109-0903 |
| 516453972 | + | Creative Glass, 8 Brook Rd, Wyckoff, NJ 07481-2702 |
| 516453973 | + | Creative Glass & Metal Co., Inc., 8 Brook Road, Wyckoff, NJ 07481-2702 |
| 516453974 | + | D.S. Meyer Enterprises, LLC, 63 Longview Drive, Waldwick, NJ 07463-1118 |
| 516453975 | + | Delta Building Services, 43 Chestnut Street, P.O. Box 94, Rutherford, NJ 07070-0094 |
| 516656488 | + | Delta Building Services Corp., 43 Chestnut St., Rutherford, NJ 07070, Attn.: Zachary Levison Ph:(201)438-6542, |

Case 16-30001-JKS    Doc 232    Filed 02/13/25    Entered 02/14/25 00:18:01    Desc
Imaged Certificate of Notice    Page 4 of 8

| District/off: 0312-2 | User: admin | Page 2 of 6 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: 192 | Total Noticed: 126 |

| | | |
|---|---|---|
| | | zlevison@deltabuildingservices.com 07070-1703 |
| 516453976 | | Delta Contracting Services, 12 Connerty Court, Unit A, East Brunswick, NJ 08816-1645 |
| 516453977 | + | Eastern Door Service, P.O. Box 861, Lansdale, PA 19446-0646 |
| 516487871 | + | Eastern Door Service, PO Box 67, Mt. Hope, Ohio 44660-0067 |
| 516453978 | + | Field & Higgins, PC, 77 Tamarack Circle, Skillman, NJ 08558-2019 |
| 516453979 | + | Fire Protection Engineers, 100 Jackson Street, Paterson, NJ 07501-2806 |
| 516453980 | + | Fire Protection Engineers d/b/a AFP, 253 Park Avenue, Manalapan, NJ 07726-8397 |
| 516453981 | | Global Industrial, 29833 Network Place, Chicago, IL 60673-1298 |
| 516453982 | | Grainger, Dept. 866592629, Palatine, IL 60038-0001 |
| 516453983 | + | Graybar Electric Company, 800 Huyler Street, Teterboro, NJ 07608-1158 |
| 516453985 | + | Gregg F. Paster & Associates, 18 Railroad Avenue-Suite 104, Rochelle Park, NJ 07662-4105 |
| 516453986 | + | Hanjin Shipping Container Company, C/o Ilana Volkov, Esq., Cole Schotz P.C., 25 Main Street,, Hackensack, NJ 07601-7189 |
| 516453987 | + | Haven Engineering, Inc., 18 Okner Parkway, Livingston, NJ 07039-1604 |
| 516453990 | + | Industrial Cooling Corp., 70 Liberty Street, Metuchen, NJ 08840-1237 |
| 516453991 | + | Infrared Services, Inc., 150 River Road, Building L-4, P.O. Box 485, Montville, NJ 07045-0485 |
| 516453992 | + | Interior Preservation, Inc., 825 Windham Court North, Wyckoff, NJ 07481-3473 |
| 516453995 | #+ | JC Office Interiors, Inc., P.O. Box 552, 387 Cressent Dr, Franklin Lakes, NJ 07417-1624 |
| 516453994 | + | Jantech Services, Inc., 11315 Challenger Avenue, Odessa, FL 33556-3540 |
| 517073003 | + | Kelly Mac Interiorscapes, Inc., Attn: Kevin Kelly, 6 Mill Street, Pittstown, NJ 08867-5025 |
| 516453996 | + | Kelly Mac Interiorscapes, Inc., P.O. Box 482, Pittstown, NJ 08867-0482 |
| 516454001 | + | LWC Services, Inc., 2300 Maryland Road, Willow Grove, PA 19090-1775 |
| 516453997 | | Landrover Financial Group, P.O. Box 78074, AZ 85052-8074 |
| 516453998 | + | Landscape Forms, 7800 E. Michigan Avenue, Kalamazoo, MI 49048-9506 |
| 516453999 | + | Langan Engineering & Environmental Servs, 989 Lexox Dr, Ste 124, Lawrence Township, NJ 08648-2315 |
| 516454000 | + | Liberty Elevator Corporation, 63 East 24th Street, Paterson, NJ 07514-2021 |
| 516454002 | | Marcus Business Machines, 1105A W. St Georges Ave, Linden, NJ 07036-6115 |
| 516454004 | + | Mechanical Service Corporation, 41 S. Jefferson Rd, Whippany, NJ 07981-1034 |
| 516454006 | + | Millet Software, 5275 Rome Court, Erie, PA 16509-3951 |
| 516454007 | + | Morristown Lumber, 103 Ridgedale Avenue, P.O. Box 1115, Morristown, NJ 07962-1115 |
| 516454008 | + | N.D. Sercurity Company, LLC, 134 East Shore Road, Denville, NJ 07834-2042 |
| 516454009 | + | NJ Biz, 1500 Paxton St, Harrisburg, PA 17104-2615 |
| 516454010 | + | NJ Manufacturers Insurance, Workers Compensation, P.O. Box 1228, Trenton, NJ 08628-0277 |
| 516454011 | + | Norton Paint/CBJ Designs, 632 Route 17, Paramus, NJ 07652-3101 |
| 516919827 | + | Nortons Paint/CBJ Designs, Karen Lally, 632 State Rt. 17 N, Paramus, NJ 07652-3101 |
| 516454012 | | Oxford Health Plans, P.O. Box 1697, Newark, NJ 07101-1697 |
| 516454014 | + | PTS Data Center Solutions, 16 Thornton Road, Oakland, NJ 07436-3104 |
| 516454016 | | Realogy Holding Corp., Attn.: Julie A. Appleton, Esquire, 175 Park Avenue, Madison, NJ 07940-1123 |
| 516643645 | + | Realogy Operations, LLC, David S. Catuogno, LeClairRyan, 1037 Raymond Boulevard, 16th Floor, Newark, NJ 07102-5423 |
| 516454017 | + | Roto-Rooter, P.O. Box 324, Chatham, NJ 07928-0324 |
| 516454018 | + | S/H Technical Services, Inc., P.O. Box 7820, Edison, NJ 08818-7820 |
| 516454019 | + | Sandler Mechanical Services, 55 Columbia Raod, Branchburg, NJ 08876-3518 |
| 516454020 | | Schindler Elevator, P.O. Box 93050, Chicago, IL 60673-3050 |
| 516601291 | + | Sewer Service Company, d/b/a Roto-Rooter, 2 Littell Road, East Hanover, NJ 07936-1002 |
| 516454021 | | Siemens Building Technologies, Inc., P.O. Box 2134, Carol Stream, IL 60132-2134 |
| 516668540 | + | Siemens Industry Inc., Attn: Gretchen Schacht, 8 Fernwood Road, Florham Park, NJ 07932-1906 |
| 516454022 | + | Specialized Glass Co., 232 E. McFarian St, Dover, NJ 07801-3500 |
| 516454023 | + | Spring Irrigation Co., Inc., P.O. Box 523, Dayton, NJ 08810-0523 |
| 516454025 | + | Star-Lo Communications, 32 South Jefferson Road Unit B, Whippany, NJ 07981-1001 |
| 516454026 | + | Star-Lo Electric, Inc., 32 South Jefferson Road, Whippany, NJ 07981-1001 |
| 516454027 | + | State of New Jersey Division of Taxation, Division of Taxation - Bankruptcy Unit, 50 Barrack Street, CN-245, Trenton, NJ 08646-0001 |
| 516677488 | + | The Brickman Group now known as, Brightview Landscapes, LLC, Thomas A. Kuehn, 24151 Ventura Blvd., Calabasas, CA 91302-1276 |
| 516454028 | | The Leon's Cleaning and Services, Inc., 16 Elmwood Dr, Clifton, NJ 07013-1242 |
| 516454029 | + | The Training Center, P.O. Box 966, Wrightstown, NJ 08562-0966 |
| 516454030 | + | Tomco Construction, 22 Howard Blvd., Ste 204, Mount Arlington, NJ 07856-1532 |
| 516454032 | + | True Value Hardware, 320 Route 46, Denville, NJ 07834-2837 |
| 516454034 | + | Valcourt Building Services, 8260 Greensboro Dr, Ste 425, Mc Lean, VA 22102-3850 |
| 516454035 | + | Vision Electrical Contractors, 6-B Main Street, Madison, NJ 07940-1883 |
| 516511704 | + | W.W. Grainger, 7300 North Melvina Ave MWX 22866592629, Niles IL 60714-3906 |
| 516454038 | | WB Mason, PO Box 981101, Boston, MA 02298-1101 |
| 517348505 | + | WB Nasib Co., Inc., 59 Centre Street, Brockton, MA 02301-4014 |
| 516454039 | | WM Lamp Tracker, Inc., P.O. Box 932962, Atlanta, GA 31193-2962 |
| 516454036 | | Waste Management of New Jersey, P.O. Box 13648, Philadelphia, PA 19101-3648 |
| 516454037 | + | Wattel & Daub, 7 Waverly Place, Fl 2, Madison, NJ 07940-1927 |

| 520146982 | + | Wyndham Worldwide Operations LLC, c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 520146983 | + | Wyndham Worldwide Operations LLC, c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor, Newark, NJ 07102 Wyndham Worldwide Operations LLC 07102-5237 |
| 516605233 | + | Wyndham Worldwide Operations, Inc., c/o LeClairRyan, Attn: David Catuogno, 1037 Raymond Boulevard, 16th Floor, Newark, New Jersey 07102-5423 |
| 516454041 | + | Ziegler & Sons Window Treatments, Inc., 58 Overlook Ave, Ridgefield Park, NJ 07660-1809 |

TOTAL: 104

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: usanj.njbankr@usdoj.gov | Feb 11 2025 20:50:00 | U.S. Attorney, 970 Broad St., Room 502, Rodino Federal Bldg., Newark, NJ 07102-2534 |
| smg | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2025 20:50:00 | United States Trustee, Office of the United States Trustee, 1085 Raymond Blvd., One Newark Center, Suite 2100, Newark, NJ 07102-5235 |
| 517078389 | | Email/PDF: bncnotices@becket-lee.com | Feb 11 2025 20:56:35 | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516453966 | + | Email/Text: sserota@ctsaudits.com | Feb 11 2025 20:51:00 | Commercial Tenant Services, 228 East 45th Street, 9th Floor, New York, NY 10017-3337 |
| 516453970 | + | Email/Text: tracy.abbott@cornerstoneeg.com | Feb 11 2025 20:51:00 | Cornerstone Environmental, 100 Crystal Run Rd, Ste 101, Middletown, NY 10941-4042 |
| 516512213 | + | Email/Text: sbse.cio.bnc.mail@irs.gov | Feb 11 2025 20:50:00 | Department of Treasury, Internal Revenue Service, P O Box 7346, Philadelphia, PA 19101-7346 |
| 516625534 | | Email/Text: dpetersen@greatamerica.com | Feb 11 2025 20:50:00 | GreatAmerica Financial Services, Attn: Peggy Upton, PO Box 609, Cedar Rapids, IA 52406 |
| 516453984 | | Email/Text: dpetersen@greatamerica.com | Feb 11 2025 20:50:00 | Great American Financial Services, P.O. Box 660831, Dallas, TX 75266-0831 |
| 516453988 | ^ | MEBN | Feb 11 2025 20:45:57 | HD Supply Facilities Maintenance, P.O. Box 509058, San Diego, CA 92150-9058 |
| 516453963 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 20:56:30 | Chase Card Services, P.O. Box 15123, Wilmington, DE 19850-5123 |
| 516659310 | | Email/PDF: ais.chase.ebn@aisinfo.com | Feb 11 2025 20:57:30 | JPMorgan Chase Bank, N.A., National Bankruptcy Department, P.O. BOX 901032, Ft. Worth, TX 76101-2032 |
| 516454005 | | Email/Text: litigationintake@metlife.com | Feb 11 2025 20:51:00 | MetLife, Group Benefits, P.O. Box 804466, Kansas City, MO 64180-4466 |
| 516939742 | + | Email/Text: litigationintake@metlife.com | Feb 11 2025 20:51:00 | Metropolitan Life Insurance Co, 200 Park Ave, New York NY 10166-0188 |
| 517022739 | | Email/Text: NJTax.BNCnoticeonly@treas.nj.gov | Feb 11 2025 20:49:00 | State of New Jersey, Department of Treasury, Division of Taxation, P.O. Box 245, Trenton, NJ 08695-0245 |
| 516454024 | | Email/PDF: ais.tmobile.ebn@aisinfo.com | Feb 11 2025 20:56:49 | Sprint, P.O. Box 4181, Carol Stream, IL 60197-4181 |
| 516454031 | | Email/Text: ardocs@tridim.com | Feb 11 2025 20:50:00 | TRI-DIM Filter Corp., P.O. Box 822001, Philadelphia, PA 19182-2001 |
| 516485117 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 11 2025 20:50:00 | U.S. BANK NATIONAL ASSOCIATION, BANKRUPTCY DEPARTMENT, P.O. BOX 5229, CINCINNATI, OH 45201-5229 |
| 516454033 | | Email/Text: RPSBankruptcyBNCNotification@usbank.com | Feb 11 2025 20:50:00 | US Bank Corp., New Jersey - Indirect Lending, P.O. Box 790179, Saint Louis, MO 63179-0179 |
| 516939278 | + | Email/Text: ustpregion03.ne.ecf@usdoj.gov | Feb 11 2025 20:50:00 | United States Trustee, One Newark Center, Suite 2100, Newark, NJ 07102-5235 |

Case 16-30001-JKS    Doc 232    Filed 02/13/25    Entered 02/14/25 00:18:01    Desc
Imaged Certificate of Notice    Page 6 of 8

| District/off: 0312-2 | User: admin | Page 4 of 6 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: 192 | Total Noticed: 126 |

| 516488359 | + | Email/Text: cdm_bankruptcymail@uhc.com | Feb 11 2025 20:50:00 | UnitedHealthcare-Oxford, 185 Asylum Street-03B, Hartford, CT 06103-3408 |
| 516647139 | + | Email/Text: rmcbknotices@wm.com | Feb 11 2025 20:51:00 | Waste Management, Bankruptcy Department, 2625 W. Grandview Rd., Ste. 150, Phoenix, AZ 85023-3109 |
| 516454040 | + | Email/Text: bankruptcydept@wyn.com | Feb 11 2025 20:51:00 | Wyndham Worldwide Operations, Inc., 22 Sylvan Way, Parsippany, NJ 07054-3801 |

TOTAL: 22

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| cr |  | JC Office Interiors |
| aty | *+ | Hook & Fatovich. LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |
| cr | *+ | Anywhere Real Estate Operations LLC, c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| cr | *+ | Wyndham Worldwide Operations LLC, c/o K&L Gates LLP, Attn.: David S. Catuogno, Esq., One Newark Center, 10th Floor, Newark, NJ 07102-5237 |
| 517078497 | * | American Express Centurion Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 516453993 | * | Internal Revenue Service, Centralized Insolvency Operation, 2970 Market Street, PO Box 7346, Philadelphia, PA 19101-7346 |
| intp | ##+ | Brian D. Troast, 45 Annett Avenue, Edgewater, NJ 07020-1529 |
| 516453989 | ##+ | In-Tech Services, LLC, 70 E. Palisades Ave, Englewood, NJ 07631-3001 |
| 516454003 | ##+ | Marson Pools, 29 Edison Avenue, Oakland, NJ 07436-1311 |
| 516454013 | ##+ | Pro-Tec, 50 Williams Parkway, Unit N, East Hanover, NJ 07936-2101 |
| 516454015 | ##+ | R&J Control Inc., 58 Harding Avenue, Dover, NJ 07801-4710 |

TOTAL: 1 Undeliverable, 5 Duplicate, 5 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 13, 2025            Signature:    /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on February 11, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |
| Christopher Lynch | on behalf of Defendant Chase Card Services Inc. chrislynch65@gmail.com |
| Conrad K. Chiu | on behalf of Creditor Delta Building Services Corporation cchiu@pryorcashman.com |
| Daniel M. Eliades | on behalf of Creditor Wyndham Worldwide Operations Inc. daniel.eliades@klgates.com |
| Daniel M. Eliades | |

Case 16-30001-JKS    Doc 232    Filed 02/13/25    Entered 02/14/25 00:18:01    Desc
Imaged Certificate of Notice    Page 7 of 8

| | | |
|---|---|---|
| District/off: 0312-2 | User: admin | Page 5 of 6 |
| Date Rcvd: Feb 11, 2025 | Form ID: 192 | Total Noticed: 126 |

| | |
|---|---|
| | on behalf of Creditor Realogy Operations LLC daniel.eliades@klgates.com |
| David H. Pikus | |
| | on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Inc. dpikus@bressler.com |
| David S. Catuogno | |
| | on behalf of Creditor Anywhere Real Estate Operations LLC david.catuogno@klgates.com |
| David S. Catuogno | |
| | on behalf of Creditor Realogy Operations LLC david.catuogno@klgates.com |
| David S. Catuogno | |
| | on behalf of Creditor Wyndham Worldwide Operations Inc. david.catuogno@klgates.com |
| David S. Catuogno | |
| | on behalf of Creditor Wyndham Worldwide Operations LLC david.catuogno@klgates.com |
| Denise E. Carlon | |
| | on behalf of Creditor JPMORGAN CHASE BANK N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Eric R. Perkins | |
| | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal tcolombini@becker.legal |
| Eric Raymond Perkins | |
| | eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Eric Raymond Perkins | |
| | on behalf of Trustee Eric Raymond Perkins eperkins@becker.legal nj42@ecfcbis.com;tcolombini@becker.legal;eperkins@becker.legal |
| Gary D. Bressler | |
| | on behalf of Attorney McElroy Deutsch , Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, csentman@mdmc-law.com |
| Gregg F. Paster | |
| | on behalf of Defendant Suzanne C. Troast gpaster@pasteresq.com |
| Gregg F. Paster | |
| | on behalf of Interested Party Brian D. Troast gpaster@pasteresq.com |
| Gregg F. Paster | |
| | on behalf of Defendant Brian D. Troast gpaster@pasteresq.com |
| Gregg F. Paster | |
| | on behalf of Interested Party Suzanne C. Troast gpaster@pasteresq.com |
| Ilissa Churgin Hook | |
| | on behalf of Attorney Hook & Fatovich LLC ihook@norgaardfirm.com, fyablonsky@hookandfatovich.com |
| Ilissa Churgin Hook | |
| | on behalf of Debtor Pro Construction Trades Inc. d/b/a Premier Facility Services ihook@norgaardfirm.com, fyablonsky@hookandfatovich.com |
| Joseph Michael Cerra | |
| | on behalf of Creditor Realogy Operations LLC joseph.cerra@klgates.com |
| Joseph Michael Cerra | |
| | on behalf of Creditor Wyndham Worldwide Operations Inc. joseph.cerra@klgates.com |
| Milica A. Fatovich | |
| | on behalf of Accountant Ernest P. DeMarco mfatovich@norgaardfirm.com mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Milica A. Fatovich | |
| | on behalf of Debtor Pro Construction Trades Inc. d/b/a Premier Facility Services mfatovich@norgaardfirm.com, mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com |
| Mitchell Hausman | |
| | on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov |
| Nikolas S Komyati | |
| | on behalf of Defendant Merrill Lynch Pierce Fenner & Smith Inc. nkomyati@foxrothschild.com |
| Philip William Allogramento | |
| | on behalf of Creditor A-L Services Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com |
| Raquel Romero | |
| | on behalf of Creditor Matilda Rojas rromerolaw@gmail.com |
| Richard Honig | |
| | on behalf of Mediator Richard Honig rbhonig@hlgslaw.com |
| Scott S. Rever | |
| | on behalf of Creditor Interior Preservation Inc. srever@genovaburns.com, |

Case 16-30001-JKS    Doc 232    Filed 02/13/25    Entered 02/14/25 00:18:01    Desc
Imaged Certificate of Notice    Page 8 of 8

| District/off: 0312-2 | User: admin | Page 6 of 6 |
|---|---|---|
| Date Rcvd: Feb 11, 2025 | Form ID: 192 | Total Noticed: 126 |

srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee
USTPRegion03.NE.ECF@usdoj.gov

United States Trustee
USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea
on behalf of Attorney McElroy Deutsch , Mulvaney & Carpenter, LLP vshea@mdmc-law.com, gbressler@mdmc-law.com

Virginia T. Shea
on behalf of Trustee Eric Raymond Perkins vshea@mdmc-law.com gbressler@mdmc-law.com

Virginia T. Shea
on behalf of Plaintiff Eric Perkins vshea@mdmc-law.com gbressler@mdmc-law.com

Virginia T. Shea
on behalf of Plaintiff Eric R. Perkins Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades. d/b/a Premier Facility Services vshea@mdmc-law.com, gbressler@mdmc-law.com

Wendy G. Marcari
on behalf of Creditor Mechanical Service Corporation wmarcari@ebglaw.com nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

TOTAL: 38