**ERIC R. PERKINS, TRUSTEE**
354 Eisenhower Parkway, Suite 1500
Livingston, New Jersey 07039
Telephone: (973) 422-1100
Facsimile: (973) 422-9122
eperkins@becker.legal

February 24, 2025

**VIA ECF and ELECTRONIC MAIL**
Honorable John K. Sherwood, U.S.B.J.
United States Bankruptcy Court
50 Walnut Street
Newark, New Jersey 07102

      Re:    Pro Construction Trades, Inc., Debtor
               Case No.: 16-30001 (JKS)

Dear Judge Sherwood:

      On February 11, 2025, the United States Trustee's Office filed my Chapter 7 Trustee's Final Report ("TFR") and Application for Compensation as Document No. 226 and a Final Meeting in connection with same as Document No. 229. On the same date, the United States Trustee's Office filed my Amended Chapter 7 Trustee's Final Report ("Amended TFR") and Application for Compensation as Document No. 227 and a Final Meeting in connection with same as Document No. 230.

      I was recently contacted by the attorney for creditor, Anywhere Real Estate Operations LLC f/k/a Realogy Operations, LLC ("Anywhere Real Estate"), who advised that as per the Consent Order filed with this Court on 1/3/2024 as Document No. 204, the tardily filed claim nos. 45, 46 and 47 filed by Anywhere Real Estate should be allowed as general unsecured claims rather than tardily unsecured claims in order to receive a distribution. Consequently, I need to update my proposed distribution.

      Therefore, I hereby withdraw my TFR and Amended TFR, and have submitted a second amended Trustee's Final Report to the United States Trustee's Office.

      Should Your Honor have any questions or concerns, please do not hesitate to have Your Honor's staff contact me anytime. Thank you for your kind attention hereto.

                                          Respectfully Submitted,

                                          ERIC R. PERKINS
                                          CHAPTER 7 TRUSTEE

ERP:tc