Order Filed on March 18, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey

UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

| In Re: | Case No.: | 16-30001 |
|---|---|---|
| Pro Construction Trades, Inc. d/b/a Premier Facility Services | Chapter: | 7 |
| | Hearing Date: | 3/6/2025 |
| | Judge: | John K. Sherwood |

## ORDER VACATING

## Order Awarding Trustee's Compensation and Expenses  (DOC. 237)

The relief set forth on the following page is hereby **ORDERED**.

**DATED: March 18, 2025**

Honorable John K. Sherwood
United States Bankruptcy Court

The Court on its own motion finds that the:

<u>Order Awarding Trustee's Compensation and Expenses  (DOC. 237)</u>

was entered in this case in error and must be vacated; and for good cause shown, it is

ORDERED that the above mentioned Order , dated    March 6, 2025    , be and the same is hereby vacated.

*revised 2/25/14*