| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br> DISTRICT OF NEW JERSEY<br>NEWARK DIVISION<br>Caption in Compliance with D.N.J. LBR 9004-2(c)<br>Eric R. Perkins<br>354 Eisenhower Parkway, Plaza II, Suite 1500<br>Livingston, NJ 07039<br>Chapter 7 Trustee | **Order Filed on April 7, 2025<br>by Clerk<br>U.S. Bankruptcy Court<br>District of New Jersey** |
| In Re:<br><br>Pro Construction Trades, Inc.<br><br>     Debtor | Case No.: 16-30001-JKS<br><br>Judge: JOHN K. SHERWOOD |

### ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 7, 2025**

_____
Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Pro Construction Trades, Inc.
Case No.: 16-30001-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

      Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $25,598.54 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $20.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.