UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
NEWARK DIVISION

Caption in Compliance with D.N.J. LBR 9004-2(c)
Eric R. Perkins
354 Eisenhower Parkway, Plaza II, Suite 1500
Livingston, NJ 07039
Chapter 7 Trustee

**Order Filed on April 7, 2025
by Clerk
U.S. Bankruptcy Court
District of New Jersey**

| | |
|---|---|
| In Re: | Case No.: 16-30001-JKS |
| Pro Construction Trades, Inc. | Judge: JOHN K. SHERWOOD |
|      Debtor | |

## ORDER AWARDING TRUSTEE'S COMPENSATION AND EXPENSES

The relief set forth on the following pages, numbered two (2) is hereby **ORDERED**.

**DATED: April 7, 2025**

_____

Honorable John K. Sherwood
United States Bankruptcy Court

Page 2
Debtor: Pro Construction Trades, Inc.
Case No.: 16-30001-JKS
Caption of Order: Order Awarding Trustee's Compensation and Expenses

_____

      Upon consideration of the foregoing application for compensation and after notice as prescribed by Bankruptcy Rule 2002 to all parties in interest, it is ORDERED, that the sum of $25,598.54 is reasonable compensation for the services in this case by Eric R. Perkins, trustee; that such sum does not exceed the limitations prescribed by Section 326 of the Bankruptcy Code, that $20.00 is reasonable for actual and necessary expenses advanced by the trustee; and that such sums are awarded to the trustee.

United States Bankruptcy Court
District of New Jersey

In re:                                                                    Case No. 16-30001-JKS
Pro Construction Trades, Inc. d/b/a Prem                                  Chapter 7
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-2                    User: admin                              Page 1 of 3
Date Rcvd: Apr 07, 2025                 Form ID: pdf903                    Total Noticed: 2

The following symbols are used throughout this certificate:

| Symbol | Definition |
| --- | --- |
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Apr 09, 2025:**

| Recip ID | | Recipient Name and Address |
| --- | --- | --- |
| db | + | Pro Construction Trades, Inc. d/b/a Premier Facili, 80 Route 4 East. Suite 380, Paramus, NJ 07652-2654 |
| aty | + | Hook & Fatovich. LLC, 1044 Route 23 North, Suite 204, Wayne, NJ 07470-6685 |

TOTAL: 2

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 09, 2025                 Signature:        /s/Gustava Winters

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on April 7, 2025 at the address(es) listed below:**

| Name | Email Address |
| --- | --- |
| Anthony Sodono, III | on behalf of Mediator Anthony Sodono asodono@msbnj.com |
| Christopher Lynch | on behalf of Defendant Chase Card Services Inc. chrislynch65@gmail.com |
| Conrad K. Chiu | on behalf of Creditor Delta Building Services Corporation cchiu@pryorcashman.com |
| Daniel M. Eliades | on behalf of Creditor Realogy Operations  LLC daniel.eliades@klgates.com |
| Daniel M. Eliades | on behalf of Creditor Wyndham Worldwide Operations  Inc. daniel.eliades@klgates.com |
| David H. Pikus | on behalf of Defendant Merrill Lynch Pierce Fenner & Smith  Inc. dpikus@bressler.com |

David S. Catuogno

on behalf of Creditor Realogy Operations  LLC david.catuogno@klgates.com

David S. Catuogno

on behalf of Creditor Wyndham Worldwide Operations  Inc. david.catuogno@klgates.com

David S. Catuogno

on behalf of Creditor Wyndham Worldwide Operations LLC david.catuogno@klgates.com

David S. Catuogno

on behalf of Creditor Anywhere Real Estate Operations LLC david.catuogno@klgates.com

Denise E. Carlon

on behalf of Creditor JPMORGAN CHASE BANK  N.A. dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Eric R. Perkins

on behalf of Trustee Eric Raymond Perkins EPerkins@hlgslaw.com  tcolombini@hlgslaw.com

Eric Raymond Perkins

EPerkins@hlgslaw.com  nj42@ecfcbis.com;tcolombini@hlgslaw.com

Eric Raymond Perkins

on behalf of Trustee Eric Raymond Perkins EPerkins@hlgslaw.com  nj42@ecfcbis.com;tcolombini@hlgslaw.com

Gary D. Bressler

on behalf of Attorney McElroy  Deutsch , Mulvaney & Carpenter, LLP gbressler@mdmc-law.com, hryan@mdmc-law.com

Gregg F. Paster

on behalf of Interested Party Brian D. Troast gpaster@pasteresq.com

Gregg F. Paster

on behalf of Defendant Brian D. Troast gpaster@pasteresq.com

Gregg F. Paster

on behalf of Interested Party Suzanne C. Troast gpaster@pasteresq.com

Gregg F. Paster

on behalf of Defendant Suzanne C. Troast gpaster@pasteresq.com

Ilissa Churgin Hook

on behalf of Debtor Pro Construction Trades  Inc. d/b/a Premier Facility Services ihook@norgaardfirm.com,
fyablonsky@hookandfatovich.com

Ilissa Churgin Hook

on behalf of Attorney Hook & Fatovich  LLC ihook@norgaardfirm.com, fyablonsky@hookandfatovich.com

Joseph Michael Cerra

on behalf of Creditor Realogy Operations  LLC joseph.cerra@klgates.com

Joseph Michael Cerra

on behalf of Creditor Wyndham Worldwide Operations  Inc. joseph.cerra@klgates.com

Milica A. Fatovich

on behalf of Debtor Pro Construction Trades  Inc. d/b/a Premier Facility Services mfatovich@norgaardfirm.com,
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Milica A. Fatovich

on behalf of Accountant Ernest P. DeMarco mfatovich@norgaardfirm.com
mfatovich@norgaardfirm.com;kcimmino@norgaardfirm.com;dtakach@norgaardfirm.com;amartinez@norgaardfirm.com

Mitchell Hausman

on behalf of U.S. Trustee U.S. Trustee Mitchell.B.Hausman@usdoj.gov

Nikolas S Komyati

on behalf of Defendant Merrill Lynch Pierce Fenner & Smith  Inc. nkomyati@foxrothschild.com

Philip William Allogramento

on behalf of Creditor A-L Services  Inc. pallogramento@connellfoley.com, mcaggiano@connellfoley.com

Raquel Romero

on behalf of Creditor Matilda Rojas rromerolaw@gmail.com

Richard Honig

on behalf of Mediator Richard Honig rbhonig@hlgslaw.com

Scott S. Rever

on behalf of Creditor Interior Preservation  Inc. srever@genovaburns.com,
srever@ecf.inforuptcy.com;dmendez@genovaburns.com;dmendez@ecf.inforuptcy.com

U.S. Trustee

USTPRegion03.NE.ECF@usdoj.gov

United States Trustee

USTPRegion03.NE.ECF@usdoj.gov

Virginia T. Shea

on behalf of Attorney McElroy  Deutsch , Mulvaney & Carpenter, LLP vshea@mdmc-law.com, gbressler@mdmc-law.com

Virginia T. Shea

on behalf of Trustee Eric Raymond Perkins vshea@mdmc-law.com  gbressler@mdmc-law.com

Virginia T. Shea

on behalf of Plaintiff Eric Perkins vshea@mdmc-law.com  gbressler@mdmc-law.com

Virginia T. Shea

on behalf of Plaintiff Eric R. Perkins  Chapter 7 Trustee for the Bankruptcy Estate of Pro Construction Trades. d/b/a Premier
Facility Services vshea@mdmc-law.com, gbressler@mdmc-law.com

Wendy G. Marcari

on behalf of Creditor Mechanical Service Corporation wmarcari@ebglaw.com
nyma@ebglaw.com,wendy-marcari-1914@ecf.pacerpro.com

TOTAL: 38